# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| D. P., Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend, **Plaintiffs,** v. YASIN ABDULAHAD, **Defendant.** | ) ) ) ) ) ) CIVIL ACTION FILE NO. ) 1:19-cv-00401-MHC ) ) ) ) ) ) |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system and served via electronic transmission this Certificate of Service of Discovery Materials showing the following:

1. **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION TO DEFENDANT, and**
2. **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT,**

was served via U.S. Mail, postage prepaid, addressed to the following:

Respectfully submitted this 7th day of May, 2019.

*[SIGNATURE ON THE NEXT PAGE]*

By: <u>*/s/ Alisha I. Wyatt-Bullman*</u>
**ALISHA I. WYATT-BULLMAN**
Senior Assistant City Attorney
Georgia Bar No. 189850
aiwyattbullman@atlantaga.gov
(404) 546-4125 *direct*
**STACI J. MILLER**
Assistant City Attorney
Georgia Bar No. 601594
sjmiller@AtlantaGa.Gov
(404) 546-4083 *direct*
***Attorneys for Defendants***

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA  30303-3520
(404) 546-4100 *main*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D. P., Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend, <br><br> Plaintiffs, <br><br> v. <br><br> YASIN ABDULAHAD, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE NO. <br> ) 1:19-cv-00401-MHC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically filed the forgoing ***Rule 5.4 Discovery Certificate of Service*** to the Clerk of Court using the CM/ECF system with service on all attorneys of record electronically.

By: */s/ Alisha I. Wyatt-Bullman*
**ALISHA I. WYATT-BULLMAN**
Senior Assistant City Attorney
Georgia Bar No. 189850

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA  30303-3520
(404) 546-4100 *main*