## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| D. P., Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend, Plaintiffs, v. YASIN ABDULAHAD, Defendant. | ) ) ) ) ) ) CIVIL ACTION FILE NO. ) 1:19-cv-00401-MHC ) ) ) ) ) |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system and served via electronic transmission this Certificate of Service of Discovery Materials showing the following:

1. **DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF,**
2. **COA PHILLIPS 002819 - 002835, and**
3. **COA PHILLIPS 002836 – 002849,**

was served via U.S. Mail, postage prepaid, addressed to the following:

L. Chris Stewart
Stewart Trial Attorney
2020 Howell Mill Road, NW
Suite D-182
Atlanta, Georgia 30318

G. Brian Spears
1126 Ponce de Leon Avenue, N.E.
Atlanta, Georgia 30306

Respectfully submitted this 13TH day of June, 2019.

By: */s/ Alisha I. Wyatt-Bullman*
**ALISHA I. WYATT-BULLMAN**
Senior Assistant City Attorney
Georgia Bar No. 189850
aiwyattbullman@atlantaga.gov
(404) 546-4125 *direct*
**STACI J. MILLER**
Assistant City Attorney
Georgia Bar No. 601594
sjmiller@AtlantaGa.Gov
(404) 546-4083 *direct*
***Attorneys for Defendants***

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA  30303-3520
(404) 546-4100 *main*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| D. P., Plaintiff, by and through her Mother, **SPARKLE STIDWELL**, as next friend, | ) ) ) |
| **Plaintiffs**, | ) ) CIVIL ACTION FILE NO. ) 1:19-cv-00401-MHC |
| v. | ) ) |
| **YASIN ABDULAHAD**, | ) ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the forgoing *Rule 5.4 Discovery Certificate of Service* to the Clerk of Court using the CM/ECF system with service on all attorneys of record electronically.

By: */s/ Alisha I. Wyatt-Bullman*
**ALISHA I. WYATT-BULLMAN**
Senior Assistant City Attorney
Georgia Bar No. 189850

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA  30303-3520
(404) 546-4100 *main*