# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEAUNNA PHILLIPS, Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend, <br><br> Plaintiffs, <br><br> v. <br><br> YASIN ABDULAHAD, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE NO. <br> ) 1:19-cv-00401-MHC <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

COMES NOW Joshua S. Foster, pursuant to Local Rule 83.1D(1), NDGa, and hereby enters his appearance as counsel for Defendant Yasin Abdulahad in the above-captioned action. All future communications, notices, orders, and pleadings should include the undersigned counsel.

Respectfully submitted, this 14th day of September, 2020.

BY: */s/ Joshua S. Foster*
**JOSHUA S. FOSTER**
Assistant City Attorney
Georgia Bar No. 169165
(404) 546-4086 *direct*
josfoster@atlantaga.gov
***Attorney for Defendant***

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEAUNNA PHILLIPS, Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend,<br><br>Plaintiffs,<br><br>v.<br><br>YASIN ABDULAHAD,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:19-cv-00401-MHC |

## CERTIFICATION OF FONT

Counsel for Defendant Yasin Abdulahad certifies that this NOTICE OF ENTRY OF APPEARANCE OF COUNSEL has been prepared with Times New Roman font, 14 point, and therefore it complies with the requirements of L.R. 5.1, NDGa.

Respectfully submitted, this 14th day of September, 2020.

                                                        BY:   */s/ Joshua S. Foster*
                                                                **JOSHUA S. FOSTER**
                                                                 Assistant City Attorney
                                                                 Georgia Bar No. 169165
                                                                 (404) 546-4086 *direct*
                                                                 josfoster@atlantaga.gov
                                                                 ***Attorney for Defendant***

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Main Office: 404-546-4100

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEAUNNA PHILLIPS, Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend,<br><br>        Plaintiffs,<br><br>v.<br><br>YASIN ABDULAHAD,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>) 1:19-cv-00401-MHC<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I served a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send notification to all counsel of record.

                                                     **BY:** */s/ Joshua S. Foster*
                                                           **JOSHUA S. FOSTER**
                                                           Assistant City Attorney
                                                           Georgia Bar No. 169165
                                                           (404) 546-4086 *direct*
                                                           josfoster@atlantaga.gov
                                                           ***Attorney for Defendant***

**City of Atlanta Department of Law**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Main Office: 404-546-4100