UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPARKLE STIDWELL, by and through her Mother as next friend Deaunna Phillips, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>YASIN ABDULAHAD, )<br>)<br>Defendants. ) | Case No.:<br>1:19-cv-401-MHC |

## NOTICE OF ISSUANCE OF SUBPOENA

Pursuant to Fed. R. Civ. P. 45, Plaintiff provides this notice of the issuance and intent to serve the subpoena for the production of documents attached hereto as Exhibit A.

Submitted this 5th day of January, 2021.

**Brian Spears**
Brian Spears
Georgia Bar No. 670112

**Jeff Filipovits**
Jeff Filipovits
Georgia Bar No. 825553

Spears & Filipovits, LLC
1126 Ponce de Leon Ave., N.E.

Atlanta, Georgia 30306
(404) 872-7086 (Spears)
(678) 237-9302 (Filipovits)
jeff@civil-rights.law
brian@civil-rights.law

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## **CERTIFICATE OF SERVICE**

The undersigned certifies the foregoing document has been filed using this Court's CM/ECF system which will automatically serve all attorneys of record.

**Jeff Filipovits**
Jeff Filipovits
Georgia Bar No. 825553

Spears & Filipovits, LLC
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
(678) 237-9302 (direct)
jeff@civil-rights.law