# Palmer, Ashley

| | |
|---|---|
| **From:** | Palmer, Ashley |
| **Sent:** | Friday, April 9, 2021 7:52 PM |
| **To:** | 'Brian Spears'; Jeff Filipovits |
| **Cc:** | Foster, Joshua; Chris Stewart; Dianna Lee; Miller, Staci J; Armstrong, Kevin |
| **Subject:** | Stidwell v. Abdulahad, Civil Action No. 1:19-cv-00401-MHC |

Counsel,

Pursuant to our agreement, please find below a listing of those documents and things that the Fulton County District Attorney's Office (FCDA) is willing to produce pursuant to the previous subpoenas served upon the District Attorney's Office for documents related to the underlying litigation at issue.

Document 65-2 Subpoena. FCDA will **agree** to the three numbered requests made regarding the vehicle. As the date and time listed in the subpoena has passed, obviously this will need to be at a future time agreed upon by Plaintiff and FCDA.

Document 64-1 Subpoena. FCDA will **agree** to numbered requests 1c-1i made regarding information obtained from the cellular telephones of Abdulahad and Robeson-El. FCDA **does not agree** regarding numbered requests 1a and 1b made regarding the search warrants and attachments for same. I note that upon information and belief, Plaintiff already has at least one of these search warrants.

Document 65-1 Subpoena.
- With exceptions, FCDA **does not agree** to provide Plaintiff with materials which were produced by, or which are in the custody of, the GBI.
    - Plaintiff's counsel has indicated that Plaintiff has already received the main GBI report.
    - Plaintiff's counsel appears concerned that his copy of the main report might not have the same exhibits as the FCDA's. To allay such concerns, I note that the copy in FCDA's possession consists of 44 numbered exhibits. As two of those exhibits are both numbered 13, the numbers run only from 1 to 43.
    - The GBI's Department of Forensic Science (DOFS) has performed forensic testing in this case, from which it has produced test-specific "official reports." To avoid duplication, if Plaintiff's counsel identifies which (if any) of DOFS's "official reports" Plaintiff already has (as identified by date, signed name, and testing type), FCDA **agrees** to provide a copy of the remaining "official reports" which are in its possession.
    - Because Plaintiff specifically mentioned wanting to see clothing, I note that to the best of my information and belief, clothing obtained from both Yasim Abdulahad and Deaundre Phillips is currently in DOFS's custody.
    - Because swabs and fingerprints are important forensic materials, the integrity of which must be maintained for possible prosecution, FCDA explicitly **opposes** Plaintiff's accessing of these materials in any way.
- If Plaintiff identifies which (if any) materials it already possesses from the Office of the Medical Examiner, FCDA **agrees** to provide a copy of the remaining materials which are in its possession.
- Regarding all other materials (including but not limited to witness statements and non-DOFS tests obtained by FCDA in its investigation of the case and any documents created by FCDA), my client believes responding would be both burdensome and jeopardize the integrity of an ongoing investigation and possible future prosecution and **does not agree** to provide those materials.

Finally, my client would require that any disclosures made pursuant to these subpoenas would be subject to appropriate protective orders / measures.

I stand ready to confer in good faith in regards to the remaining, outstanding matters.

Best regards,



Ashley Palmer
Senior Assistant County Attorney
Office of the Fulton County Attorney
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
404-612-0244 (Direct)
404-612-0246 (Main)
404-730-6324 (Fax)

Connect with Fulton County:
Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News

_____

**CONFIDENTIALITY NOTICE:**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this message, all copies and backups thereof.  Thank you.