UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPARKLE STIDWELL, by and through her Mother as next friend Deaunna Phillips,<br><br>Plaintiffs,<br><br>v.<br><br>YASIN ABDULAHAD,<br><br>Defendants. | Case No.:<br>1:19-cv-401-MHC |

## ORDER EXTENDING TIME TO COMPLETE DISCOVERY

Plaintiff has moved to extend the discovery period for 60 days. Defendant consents to the motion. For good cause shown, the motion is GRANTED. Discovery shall close on August 16, 2021. Dispositive motions, if any, shall be filed by October 15, 2021.

SO ORDERED, this 4th day of June, 2021.

MARK H. COHEN
United States District Judge