# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEAUNNA PHILLIPS, Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend, <br><br> **Plaintiffs,** <br><br> v. <br><br> YASIN ABDULAHAD, <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE NO. <br> ) 1:19-cv-00401-MHC <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING ORIGINAL DISCOVERY

**COMES NOW**, Defendant Yasin Abdulahad and files this Notice of Filing Original Discovery as follows:

- GBI Investigative Summary, as Exhibit A
- Deposition of El-Malik Robeson-El taken March 16, 2021, as Exhibit C
- Deposition of the GBI through 30(b)(6) deponent David Jones, as Exhibit D
- Deposition of the GBI through 30(b)(6) deponent Josh Ellis, as Exhibit E.

This 15th day of October, 2021.

                                                                 **RESPECTFULLY SUBMITTED,**

                                                             */s/ Staci J. Miller*
                                                             **STACI J. MILLER**
                                                             Attorney
                                                             Georgia Bar No. 601594
                                                            sjmiller@atlantaga.gov
                                                            (404) 546-4083 *direct*

*Attorney for Defendant*

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
Office: (404) 546-4100
Fax: 404-225-5657