**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DEAUNNA PHILLIPS, Plaintiff, by and through her Mother, SPARKLE STIDWELL, as next friend,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**YASIN ABDULAHAD,** )<br>)<br>**Defendant.** ) | ) CIVIL ACTION FILE NO.<br>) 1:19-cv-00401-MHC |

<u>**NOTICE OF FILING ELECTRONIC MEDIA**</u>

**PLEASE TAKE NOTICE** that Defendant Yasin Abdulahad has filed the attached flash drive containing video of the following:

- Video CH07, hereinafter, "Annex Video", as Exhibit B.

This 15th day of October, 2021.

        **RESPECTFULLY SUBMITTED,**

        */s/ Staci J. Miller*
        **STACI J. MILLER**
        Attorney
        Georgia Bar No. 601594
        sjmiller@atlantaga.gov
        (404) 546-4083 *direct*

        ***Attorney for Defendant***

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
Office: (404) 546-4100
Fax: 404-225-5657