1

1           IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3

DEAUNNA PHILLIPS, Plaintiff,    CIVIL ACTION FILE
4   by and through her Mother,      NO: 1:19-CV-00401-MHC
SPARKLE STIDWELL,
5   as next friend,

6                   Plaintiffs,

7        vs.

8   YASIN ABDULAHAD,

9                   Defendant.

10                      VOLUME II

11          The continuation of the videoconference

12  deposition of EL MALIK ROBESON-EL; the reading and

13  signing of the deposition being waived; taken before

14  Cathy Cox, Certified Court Reporter, commencing at

15  10:02 a.m., on the 25th day of March 2021.

16

17

18

19

20

21

22

23

24

25

2

1   APPEARANCES OF COUNSEL:

2   FOR THE PLAINTIFF APPEARING VIA ZOOM:

3       G. BRIAN SPEARS, ESQUIRE
        JEFFREY FILIPOVITS, ESQUIRE
4       Spears & Filipovits, LLC
        1126 Ponce de Leon Ave., N.E.
5       Atlanta, Georgia 30306
        404-872-7086
6       bspears@civil-rights.law

7       CHRIS STEWART, ESQUIRE
        DIANNA J. LEE, ESQUIRE
8       Stewart Miller Simmons Trial Attorneys LLC
        55 Ivan Allen Jr Blvd Suite 700
9       Atlanta, Georgia 30308
        dlee@smstrial.com
10

11  FOR THE DEFENDANT APPEARING VIA ZOOM:

12      STACI J. MILLER, ESQUIRE
        JOSHUA FOSTER, ESQUIRE
13      City of Atlanta Law Department
        55 Trinity Avenue, Suite 5000
14      Atlanta, Georgia 30303-3520

15

16

17

18

19

20

21

22

23

24

25

3

1                            CONTENTS

2

3                          EXAMINATIONS

4      Cross-Examination by Mr. Spears...............4

5      Direct Examination by Ms. Miller.............50

6                            EXHIBITS

7    Plaintiff's

8    Exhibit 4....Photo..............................29
     Exhibit 6....Photo..............................29
9    Exhibit 7....Photo..............................32
     Exhibit 8....Photo..............................31
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    P R O C E E D I N G S

2           MR. SPEARS:  I'd like to go on the record,

3       if we could.  On the record.

4           Let the record reflect this is the

5       resumption of the deposition of Officer

6       Robeson-El.  The deposition is being taken

7       pursuant to a amended notice of deposition and

8       the witness remains under subpoena and the

9       witness remains under oath.

10          We will be proceeding with the same

11      introductory sort of administrative comments that

12      we made at the beginning of the deposition when

13      we started about a week and a half ago.

14          Are there any other preliminaries before we

15      get started, Staci?

16          MS. MILLER:  No.  We may be joined -- I

17      should say no other than we may be joined by

18      Joshua Foster.  I know he has a hearing this

19      morning, and I know he was going to try to join

20      the hearing after that hearing.

21          MR. SPEARS:  Okay, that's fine.  All right,

22      I would like to proceed.

23                      (Mr. El Malik Robeson-El was

24                       previously sworn.)

25                  EL MALIK ROBESON-EL

1              (Continuation) CROSS-EXAMINATION

2   BY MR. SPEARS:

3       Q     Are you ready to proceed, Officer Robeson?

4       A     Yes.

5       Q     All right.  Let me start by asking, first of

6   all, where are you situated this morning?  Where are

7   you now?

8       A     I'm in an office --

9       Q     And when you say an office?

10      A     I'm at the precinct.

11      Q     I'm sorry?

12      A     I'm in an office in the precinct.

13      Q     Okay.  And where is that precinct located?

14      A     1 Baltimore Place, Atlanta, Georgia 30308.

15      Q     And in connecting with us for purposes of

16  this deposition, what is the means by which you're

17  connecting to us?  Are you using your personal phone

18  again or what is that?

19      A     I'm using my City issued cellphone.

20      Q     All right.  And who, if anyone, is present

21  in the room with you?

22      A     No one.

23      Q     Ordinarily, do you share that office space

24  with anyone else?

25      A     No.

1      Q    Is the office that you're in now one that

2   you regularly use?

3      A    Yes.

4      Q    And what are the kinds of things that you

5   use that office for?

6      A    To obtain warrants.

7      Q    Okay.  So is it your unique desk that you're

8   currently at or is it one used by others to obtain

9   warrants?

10      A    It's used by others to obtain warrants.

11      Q    What documents do you have with you this

12   morning?

13      A    None.

14      Q    What documents do you have in your

15   possession that you brought with you to your current

16   location for purposes of participating in today's

17   deposition?

18      A    Just my cellphone.

19      Q    You told us earlier that after Officer

20   Abdulahad had exited the car in which he shot

21   Mr. Phillips, that you grabbed him?  Do you recall

22   that?

23      A    Yes.

24      Q    How far were you from the car -- when I say

25   the car, I'm referring now to the Malibu.  Do you

7

1   understand that?

2       A    Yes.

3       Q    Okay.  How far were you from the Malibu when

4   you grabbed Abdulahad?

5       A    I don't recall.

6       Q    Give us an approximate.

7       A    I don't know.  I couldn't give you an

8   estimate.  I don't know.  I wasn't paying attention.

9       Q    And why weren't you paying attention?

10      A    Because my concern was Abdulahad at that

11  time.  I wasn't paying attention to that detail.

12      Q    Mr. Abdulahad had exited the vehicle when

13  you first saw him; correct?

14      A    Yes.

15      Q    And -- hold on just a moment.  When you saw

16  him he was not injured; correct?

17      A    I didn't know.  I was checking to see was he

18  was injured because -- no, no, he wasn't.  No, he

19  wasn't.

20      Q    When you saw him did he appear to be

21  injured?

22      A    No.

23      Q    Okay.  You knew at that point that he was

24  out of the vehicle in which he had been initially in

25  transit; correct?

8

1      A    Yes.

2      Q    All right.  And according to you, you had

3 not heard anything of noise coming from the interior

4 of that car; correct?

5      A    Correct.

6      Q    And you had not seen any of the activity

7 that had taken place inside of the car after it left

8 your immediate presence as it pulled out of the

9 parking slot that it was situated in; correct?

10      A    Correct.

11      Q    So can you identify for us the specifics of

12 what you considered to be your concerns about

13 Abdulahad when you first saw him?  You said you were

14 concerned for him.  I want to know why.

15      A    Yes.  Because when he got out of the

16 vehicle, I asked him, I said:  What happened?  Are you

17 okay?

18              He said, Malik, I shot him.  And he

19 started crying.  He was real emotional.  And I went up

20 and grabbed him and held him.  And it was like, you

21 okay?  You okay?  I got this.  You know, sit down.

22 Get yourself together.

23              He said he had a gun.  I looked in the

24 car.  I saw the gun on the floor, and I saw the kid

25 bleeding from the head.  I stepped back, and I got on

1  the radio.  But that was my concern.  My concern was

2  him and making sure everything was okay.

3       Q    So what you saw visibly of Officer

4  Abdulahad, there's wasn't anything that you saw in his

5  appearance other than an emotional reaction on his

6  part that --

7       A    Correct.

8       Q    -- caused you concern; correct?

9       A    Correct.

10      Q    Because when you first saw him, according to

11 your testimony, you had no knowledge whatsoever of any

12 gun having been fired?

13      A    Correct.

14      Q    Okay.  So as far as you knew the car was

15 stopped, Abdulahad had a video when he got out of the

16 car.  He was unhurt when he got out of the car.  So

17 from a visual standpoint what you initially understood

18 was that he was safe when he got out of the car;

19 correct?

20      A    Correct.

21           MS. MILLER:  Objection.  You can answer.

22      Q    All right.  When you -- again going back to

23 the phrase you used in your earlier testimony.  You

24 said that you grabbed Abdulahad, I understand that.

25 That's after he gets out of the car.  Are you with me?

1        A     Yes.

2        Q     Okay.  When you grabbed him, what part of

3    your body touched his body?

4        A     My chest touched his chest.

5        Q     Okay.  And was there any other part of your

6    body that touched Abdulahad's body in the course of

7    what you had earlier described as you having grabbed

8    him?

9        A     My hands touched his back.  I gave him -- I

10   hugged him.

11       Q     Okay.  All right.  And you were -- sort of

12   were inches apart, if that; correct?

13       A     Yes.

14       Q     Okay.  And when you hugged him your chest --

15   I take it from what you just told us, your chest came

16   in contact one with the other; correct?

17       A     Yes.

18       Q     All right.  And when you came in contact

19   with him in that manner, how strong was the odor of

20   gunpowder?

21       A     I can't recall.

22       Q     Well, there was a noticeable gunpowder

23   smell, was there not?

24       A     I can't recall.

25       Q     You understand that when a gun is discharged

1   that it is ordinarily the case there's going to be the

2   smell of gunpowder that had been ejected from the gun

3   in the course of it being fired; correct?

4       A    Yes.

5       Q    All right.  In your recollection -- in your

6   recollection -- and I realize you're now sitting here

7   and there's been a timespan, so we have to go over

8   that.  But, I am asking what your current recollection

9   is now.  From your standpoint as you sit here today,

10  you don't recall one way or another how strong the

11  gunpowder smell was; correct?

12      A    Correct.

13      Q    All right.  And similarly, you don't recall

14  smelling any marijuana on Officer Abdulahad, do you?

15      A    No, I don't.

16      Q    And you don't recall smelling any -- any

17  scent of marijuana coming from the car when you looked

18  in, did you?

19      A    I don't -- I don't recall.  I don't remember

20  that.

21      Q    Okay.  In your earlier testimony you spoke

22  of your cellphone, physical cellphone that you had

23  that was subject to the search warrant.  In that

24  regard, in my recollection of what told us, you said

25  something to the effect that they lost your cellphone;

1     is that something that you told us before?

2          A     Yes.  That's what I was told.

3          Q     Okay.  And now my question is focusing in on

4     your cellphone.  First of all, the cellphone that was

5     lost was that one that was -- that was yours, it

6     wasn't a City issued phone; is that correct?

7          A     Correct.

8          Q     Okay.  And the -- the person or -- who were

9     you talking to who said that your cellphone was lost?

10         A     I called down to the D.A.'s office and they

11    transferred me to an investigative unit.  They

12    didn't -- I don't know -- I don't remember who I spoke

13    with it has been so long ago.  I don't know.

14         Q     All right.  And how long in time was it

15    between the initial seizure of your phone in

16    September -- I believe September of that year and

17    you're learning whatever these words were that were

18    said to you?

19         A     They said they would only have my phone for

20    two days.  I called two days later and they said, oh,

21    we're not done with it yet.  So I called back a couple

22    of days after that and I asked them for my phone.

23    And -- and they said I don't -- I don't know, you

24    know, where your phone is.  And I felt like they were

25    playing games so I went and bought me a new phone.

1      Q     Okay.  Well, then given the way that you

2  described it, I can't tell whether what you were told

3  was that your phone was no longer in the possession of

4  investigators with the district attorneys' office at

5  all or simply the person that you talked to couldn't

6  tell you where it was located.  Do you know which of

7  those two is the case?

8      A     The second one.  He said they just didn't

9  know where it was located.

10     Q     Okay.  And correct me if I'm wrong.  In

11  fact, the statement that you were told by someone in

12  the district attorneys' office was to the effect that

13  when you called they didn't know where your phone was?

14     A     Correct.

15     Q     Okay.  Did anyone from the district

16  attorneys' office represent to you that your phone was

17  absolutely no longer anywhere to be found by their

18  office?

19     A     They just told me they didn't know -- no.

20  They just told me they didn't know where it was.

21     Q     Okay.  Again, the they is the person --

22  whoever that was -- you were talking to?

23     A     Say it again.

24     Q     When you say the D.A. said to you about the

25  phone, you're again referring to a person who you

1   understood to be working with investigators in the

2   district attorneys' office?

3          A    Yes.

4          Q    But you don't know who that was; correct?

5          A    No.  No.

6          Q    All right.  If I may, let me ask you the who

7   just person came by that we could see briefly in your

8   screen, who was that?

9          A    That was a coworker coming in to grab some

10  keys.

11         Q    And what was their name, please?

12         A    Office Crowder.  SP Crowder.

13         Q    He's not related by any chance to the

14  Crowder who used to work over in the Dekalb County

15  Sheriff's Office, is he?

16         A    No.  This is a female.

17         Q    There was something else that you said about

18  your cellphone during the last deposition, and I

19  wanted to be sure what, you know, the story is in that

20  regard.  My notes reflect that during our last

21  session, deposition, that you said something to the

22  effect that there was a point in time -- well, the

23  phrase you used was the last time they took it.  And

24  my question is simply was there only one time that

25  your phone was seized by investigators with the

1    district attorneys' office or was there more than one

2    occasion?

3         A    Just one occasion.

4         Q    Okay.  Now, as we sit here today, can you

5    tell us what your height is?  Your physical height.

6         A    6-1.

7         Q    And what is your current -- approximate

8    current weight?

9         A    260 pounds.

10        Q    And in January of 2017, I take it your

11   height was still the same; right?  You were 6-1 at

12   that time?

13        A    Yes.

14        Q    All right.  And your weight was

15   approximately the same?

16        A    Yes.

17        Q    And can you give us just a little bit of --

18   a lot of officers do training of one kind or another,

19   whether it be weight-training or aerobics or things of

20   that type.  Are there any currently any sports in

21   which you participate?

22        A    The weight-training and -- and I jog.

23        Q    Okay.  And was that also the case in 2017?

24        A    Yes.

25        Q    Okay.  Do you or specific more to the time

1    frame right around 2000 -- early 2017 --

2         A    That was another officer that came in.  He

3    was grabbing -- grabbed a book or something.  I'm

4    going to lock the door.  Or I can't lock it.  I'm

5    sorry.  There's no lock on it.

6         Q    Well, I appreciate your cooperation.

7    Certainly -- I know you want to keep going.

8                   In early 2017, were there any sports or

9    like a martial art type sport or training that you

10   participated in at that time?

11        A    No.

12        Q    After the Malibu drove away from your

13   immediate presence in the parking lot adjacent to the

14   Annex, as I recall your earlier testimony, you -- you

15   ran for a bit and then you saw that the Malibu

16   stopped.  Do I have that right?

17        A    Yes.

18        Q    Okay.  And when the Malibu stopped initially

19   you stopped to observe it; correct?

20        A    Yes.

21        Q    Okay.  And then there's some -- some period

22   of time in which you're observing it and you haven't

23   yet -- you haven't yet seen -- seen Yasin exit the

24   car?

25        A    Yes.

1    Q    I believe you told us earlier that in that
2  time frame between the point that you stopped and were
3  observing the car and the point of which Officer
4  Abdulahad exited the car, your testimony, I believe
5  was to the effect that you did not observe any of the
6  activity that took place within the car; correct?
7    A    Correct.
8    Q    Okay.  Can you give us some sense of the
9  time frame -- the elapsed time from when you observed
10  the car having come to a stop and Officer Abdulahad
11  exited the car?
12    A    When the vehicle came to a complete stop, it
13  was like a couple of seconds later, he got out of the
14  vehicle.
15    Q    And in that time frame, did you -- did you
16  hear -- the time frame that you just referred to, did
17  you hear any activity at all?
18    A    No.
19    Q    And of course by that focusing on the
20  vehicle, coming from the vehicle, you didn't hear or
21  see any activity taking place; is that right?
22    A    Correct.
23    Q    Am I correct in understanding then that
24  the -- that the -- once the vehicle stopped that the
25  interior of it from which you could see was not

1    illuminated?

2          A     Correct.

3          Q     Can you approximate how far you were from

4    the Malibu once it had stopped and you had stopped?

5          A     I can't recall.  I don't know.

6          Q     You've described to us what your initial

7    statements were to Officer Abdulahad and what he told

8    you.  As you sit here today, can you think of anything

9    else that he said to you or you said to him and that

10   initial point of contact with him?

11         A     I just asked him what happened.

12         Q     Right.

13         A     What happened?  Are you okay?  Like, I

14   just -- I was like, you know, are you okay?  Like,

15   what happened?  Like.

16         Q     No, I understand that.  I'm just asking if

17   you remember anything else in addition to what you've

18   already told us?

19         A     I was trying to think.  That was it.  I was

20   just, like, what happened.  Like, what happened inside

21   the car.  I don't -- that's it.

22         Q     Okay.  And as I understand it your testimony

23   is that all he told you was that I shot him.

24   Something to that effect.

25         A     Yes.

1      Q    And -- and after -- and I think you said

2    this morning something to the effect that after you

3    had initially embraced him you told him to sit down;

4    is that correct?

5      A    Yes.

6      Q    And did he do that?

7      A    Yes.

8      Q    Okay.

9      A    For a brief second.

10     Q    Okay.  And in the time that he was sitting

11   down, describe to us, please, what physical actions

12   that he took, that you can recall.

13     A    I told him to sit down and breathe.  Just

14   breathe.  And, you know, get yourself together.  I got

15   it from here.  And then he got up after that.

16     Q    Okay.

17     A    And --

18     Q    Go ahead.  What else did he do next?

19     A    I was trying to take over the radio, trying

20   to give instructions on what was going on and give our

21   location.  He intervened and he took over -- and

22   started taking over the radio traffic after that.  And

23   I was like, I said I got it.  Look, you stand over

24   there.  And, you know, don't touch nothing.  That's

25   all I said.

1    Q    Okay.  And when you said don't touch nothing
2    you're now referring to, I take it, the Malibu?
3    A    Correct.
4    Q    And the interior of the Malibu?
5    A    Correct.
6    Q    Okay.  And when you said that, as I
7    understand it, you had not yet yourself looked to the
8    interior of the Malibu?
9    A    Yes, I did -- I looked in.  I just glanced
10   in.  I didn't touch anything.  I just looked to see
11   did I see a gun on him -- to see if I saw a gun or not
12   because he said he saw a gun.  I looked to see if I
13   saw a gun.  And then I looked -- then I looked at the
14   kid, and then I backed away and that was it.
15   Q    Okay.  And what Officer Abdulahad had told
16   you about seeing a gun, he did not tell you at what
17   point in time he saw it, did he?
18   A    No.
19   Q    So, and again, I'm not sure if I was clear
20   in the way that I asked my question before.  But the
21   sequence then -- please correct me if I'm wrong -- the
22   sequence was once you had contact with Abdulahad and
23   embraced one another, he sat down briefly.  There was
24   some talk about the radio and you told him don't touch
25   anything, something to that effect.  Was it after that

1    conversation about the radio that you had with

2    Abdulahad that you made first observation of the

3    interior of the Malibu?

4        A    Repeat that question.

5        Q    Just trying to get a sense of sequence, sir.

6    You've told us a couple of things.  One is, ended with

7    you describing that you had a conversation with

8    Abdulahad, something about you were going to call it

9    in and then he got the radio or something to that

10   effect; right?

11       A    Yes.

12       Q    And my question is just one of sequence.  In

13   the sequence of the events that happened that evening

14   was your observation of the interior of the Malibu

15   before or after you had the conversation with Officer

16   Abdulahad about the radio?

17       A    It was before.

18       Q    Was there ever a point in time in which you

19   observed Officer Abdulahad return to the Malibu after

20   he was seated on the ground?

21       A    No.

22       Q    Was there ever a time that you returned to

23   the presence of the Malibu after you looked in as

24   you've just described it?

25       A    No.

1      Q     Can you recall anything else about your

2   observations of the interior of the Malibu beyond that

3   which you've already told us?

4      A     No.

5      Q     When you looked in and saw Mr. Phillips, the

6   engine of the car was still engaged; correct?

7      A     I can't recall.

8      Q     Do you have any recollection of anyone

9   either the two of you or any other officer who after

10   the shooting started the engine?

11      A     No.

12      Q     So it is the case then if -- to the extent

13   that there's evidence that the vehicle's engine

14   remaining running continuous from the time that

15   Mr. Phillips was shot until the scene was processed,

16   you wouldn't have any information contrary to that,

17   would you?

18      A     No.

19      Q     And when you looked in you saw Mr. Phillips

20   you saw -- I forget how you described it.  You saw him

21   seated in the driver's seat and waiting, something to

22   that effect?

23      A     Yes.

24      Q     You didn't see any movement on his part, did

25   you?

1    A    No.

2    Q    Did he make any sound that you heard?

3    A    No.

4    Q    The -- can you tell me what your next

5  physical action was after you looked in to the

6  interior of the Malibu?

7    A    I stood back and I -- I stood -- I stood

8  beside Abdulahad, and then I pulled out my cellphone

9  and called -- and called my union rep.

10    Q    And who was that?

11    A    I forgot her name.  I forgot her name.  It's

12  been so long ago.  We changed so many and I don't

13  remember her name.

14    Q    Okay.  Identify the union, please?

15    A    IBPO.

16    Q    And just in your own words, describe what

17  that organization is.

18    A    It's -- it's a unit that's set outside of

19  the City of Atlanta to provide -- we -- they take

20  money from our check to support us.  The money goes

21  towards representatives that help represent us with

22  internal affairs and provide us with lawyers in case

23  of instances like this.

24    Q    Okay.  And on how many occasions had you

25  contacted your union rep in connection with your work

1   as a City of Atlanta police officer?

2           MS. MILLER:  Objection, but you can answer.

3       A    Well, like if I had -- if I had -- any

4   time -- any time -- I can't tell you how many times.

5   But any time I have to speak to administration I would

6   call a union rep.

7       Q    I take it that was a number you had in your

8   phone?

9       A    Yes.

10      Q    And what did you say to the union rep?

11      A    I just told her that my partner and I were

12  involved in a shooting, and I would need her to

13  respond to this location.  I gave her the location.

14  She said okay.  Don't talk to anyone, I'll be there.

15      Q    And did someone come?

16      A    Excuse me?

17      Q    In response to your call and the

18  conversation you had with a union representative, did

19  someone indeed respond to where you were?

20      A    Yes.

21      Q    All right.  And approximately how long did

22  that take?

23      A    I can't recall.  Probably like an hour or

24  so.

25      Q    And in that period of time of that hour that

1  elapsed between your contact with the union rep and

2  their arrival, did you speak with any representatives

3  of the GBI about what had happened?

4      A    I didn't speak to anyone until my union rep

5  arrived.

6      Q    And in what you observed of the scene, did

7  you see Officer Abdulahad speak with any persons about

8  what had happened in the period of time -- excuse

9  me -- in the period of time between the call to the

10 union rep and their arrival?

11     A    No because -- because a supervisor was --

12 Lieutenant Colberson was like the first on the scene.

13 The supervisor arrived and he separated us.

14     Q    Okay.  And in the period of time before

15 Colberson arrived -- well, were you able to see where

16 Officer Abdulahad was situated after the two of you

17 were separated?

18     A    No.

19     Q    When you were separated, where did you go

20 and where did Yasin go?

21     A    They put me in an vehicle, and they put him

22 in another vehicle.

23     Q    And in that period of time your phone was

24 still operational; correct, your cellphone?

25     A    Yes.

1    Q    And you used that phone in the period of

2    time in which you were separated; correct?

3    A    Yes.

4    Q    And in the period of time in which you were

5    separated and you used your cellphone, you contacted

6    Yasin, didn't you?

7    A    No.  Not at all.  Huh-uh.

8    Q    Are you sure?

9    A    Yes.

10    Q    How is it that you're sure?

11    A    Because we have people standing over top of

12    us to make sure that we wouldn't talk to each other.

13    Q    You contacted other persons separate from

14    Yasin?

15    A    Yes.  I was calling my ex-girlfriend, you

16    know -- I was trying to call my ex-girlfriend, you

17    know, to have at that time to come to the scene

18    because, you know, to have some support.

19    Q    Can you recall speaking with anyone else

20    other than her in the period of time in which you were

21    the vehicle separated after Lieutenant Colberson had

22    separated the two of you?

23    A    I called my sister.  And, yeah, I called my

24    sister.  I think I called my sister after that.

25    Q    Okay.  Please tell us the name of your

1  ex-girlfriend who you called?

2       A    Tyson -- Tyson Bailey.

3       Q    Bailey, B-A-I-L-E-Y (spelling)?

4       A    Yes.

5       Q    And what's your sister's name, please?

6       A    Darlene Tracy.

7       Q    Tracy, T-R-A-C-Y (spelling)?

8       A    Yes.

9       Q    And as far as you know are both of them

10  still in the Atlanta area?

11       A    Yes.  My sister is, but I don't know where

12  Tyson Bailey is.

13       Q    I know I asked you about telephone

14  communication with Officer Abdulahad in that time

15  frame after you had been separated and while you were

16  situated inside of a patrol car.  Tell me, please,

17  whether or not the two of you exchanged any text

18  messages at that time.

19       A    No.

20       Q    Were you able to see any of the personnel

21  whether they be from the fire department or EMS or

22  police investigators, any of the personnel who then

23  arrived at the scene after the shooting actually

24  entered the Malibu?

25       A    No.  They took us out of sight.  I couldn't

28

1    see the vehicle.  Once they put me in the vehicle, I

2    couldn't see -- once they put me in the truck, I

3    couldn't see the vehicle.  I couldn't see what was

4    going on.  They wouldn't allow me to look.

5         Q    Okay.  Can you recall whether in the period

6    of time then before -- after the shooting and before

7    the union rep arrived, is it the case that you did not

8    describe to any of the other officers who arrived at

9    the scene the circumstances of what precipitated

10   Mr. Phillips being shot?

11        A    No.  I didn't say anything to anyone.

12        Q    And from your observation, and I realized

13   you ended being separated, but in your observation of

14   the interaction that Officer Abdulahad had with any of

15   the other officers who responded, do you recall either

16   seeing him or hearing him describe to other officers

17   as they arrived at the scene the circumstances that

18   led up to the shooting?

19        A    I didn't see it.  No.

20        Q    Could you hear any of it?

21        A    No.

22             MR. SPEARS:  Jeff, could we go to the

23        exhibit list again?

24             MR. FILIPOVITS:  What exhibit would you

25        like?

1           MR. SPEARS:  Would you please pull up

2      Exhibit 6.

3           MR. FILIPOVITS:  Just bear with me one

4      moment, please.

5      Q    (By Mr. Spears) While we're waiting,

6  Officer, I'm just going to ask Jeff to pull up some

7  photos taken there at the scene just so I can confirm

8  for our purposes, you know, what it is, that sort of

9  thing.

10           Okay.  Do you see now Exhibit 6?

11      A    Yes.

12      Q    Okay.  And in looking at it, are you able to

13  recognize it as a photo of the red -- I think it was a

14  Chevy that the two of you were in?  It may or may not

15  have been a Chevy.  Do you recognize the vehicle in

16  the photo?

17      A    No, I really don't.  No.

18      Q    Okay.  Well, let's see.  Could we try

19  Exhibit 4?  Okay.  Do you see a exhibit there --

20  Exhibit 4 there in front of you?

21      A    I can see a little bit.  I can't -- yes, I

22  see it now.  Yes.

23      Q    Okay.  And I'm hoping you can tell us

24  whether you recognize that as a photo of a now

25  unopened door on the driver side of the vehicle that

1    you and Officer Abdulahad had shared when you rode up

2    to the scene?

3        A    Yes.

4        Q    Okay.  And does this help you -- I know you

5    didn't take this photo.  Does this help you recollect

6    whether or not that first exhibit, Exhibit 6 is a

7    photo of the vehicle as well without the doors open

8    obviously?

9        A    I don't -- I don't even remember the vehicle

10   we were in to be honest.  To be honest, I don't even

11   recognize the vehicle, no.  Uh-huh.

12       Q    Okay.  Well then, let's go back to Exhibit

13   4.  All right.  I'll ask my question this way:  For

14   purposes of my question, sir, if you could please

15   understand that with this photo having been provided

16   to us during the course of this litigation and

17   represented to us as a photo of the interior of the

18   vehicle that you and Officer Abdulahad were riding in

19   my next question then is this:  Do you see that in the

20   back and situated behind the driver's seat there is

21   what appears to be a brown -- a bag of some kind.  Do

22   you see that there?

23       A    Yes.

24       Q    All right.  Now that evening when you and

25   Officer Abdulahad had arrived at the scene, did you

1    have any backpack, knapsack, anything along those

2    lines of your own?

3         A    No.  Not -- no.

4         Q    Okay.  And do you recall that Officer

5    Abdulahad had his own bag with him?

6         A    Yes.  Sometimes he'll carry a bag, something

7    similar to that.  Like, a military bag because he's in

8    the army.

9         Q    Okay.  You say he is or was?

10        A    I think he just retired.

11        Q    All right.  Am I correct in understanding

12   that from your testimony that as you recall it, Yasin

13   had a bag with him --

14        A    Yes.

15        Q    -- that night when you arrived at the site

16   of the shooting?

17        A    Yes.

18        Q    Okay.  And does the bag that's depicted in

19   this exhibit, Exhibit 4, does that correspond to your

20   recollection of what Yasin's bag looked like?

21        A    Yes.

22        Q    Okay.  Can we go to Exhibit 8, please.

23             All right.  This photo obviously taken

24   from the passenger side of that vehicle.  In looking

25   at it now are you able to recognize it as a photo of

1    the car that you arrived in that night?

2         A    It's possible.  Like I said, I don't

3    remember what vehicle we owned.  We used to change

4    vehicles all the time.

5         Q    Okay.  Do you see the brown bag there in the

6    interior of the vehicle as you see it in the photo?

7         A    Yes.

8         Q    And does that again correspond to your

9    recollection of what Yasin Abdulahad's bag looked

10   like, what you see there in that photo?

11        A    Yes.

12        Q    Can we go to Exhibit 7, please.

13             All right.  Do you see Exhibit 7?

14        A    Yes.

15        Q    All right.  And this again is a part of the

16   same set of photographs that we've been provided that

17   were taken by the GBI folks who came out to the scene.

18   This bag, as we look at it in its current position in

19   the photo, does that still appear to be in your

20   recollection the bag that Officer Abdulahad would

21   carry with him or have with him?

22        A    Yes.

23        Q    Do you see the clips?

24        A    I see the magazine, yes.

25        Q    All right.  And that's a magazine that would

1  be of the type that would be used in a Glock; correct?

2      A    Yes.

3      Q    And do you recall that Officer Abdulahad

4  carried -- do we have an echo?

5      A    Hello.  I hear you.

6      Q    Okay.  In addition to the magazine, when you

7  say magazine that's a --

8      A    Correct term for a clip.

9      Q    Please say again.  Oh, term for a clip.

10 Okay.

11     A    Right.

12     Q    So the magazine that you see there that's

13 the type that goes into a Glock; correct?

14     A    Yes, correct.

15     Q    Were you aware of the fact that that evening

16 that Yasin Abdulahad had another weapon inside of that

17 bag?

18     A    No, I wasn't aware.

19     Q    Are you aware of the fact that Officer

20 Abdulahad had regularly carried one or more handguns

21 in that bag while the two of you were on duty?

22     A    No.

23     Q    Is there -- would it surprise you to learn

24 that Officer Abdulahad indeed had another Glock in

25 that bag that night?

1      A      You said would it surprise me?

2      Q      That's my question.

3      A      No.

4      Q      Because you knew from time to time he would

5  carry additional weapons with him while he was on duty

6  in addition to the one he had in his holster; correct?

7      A      No.  No, I didn't know.  No.

8      Q      So when you say it wouldn't surprise you to

9  learn that he did indeed have an extra weapon with

10  him, at least one on that evening, why do you say it

11  wouldn't surprise you?

12      A      Because he was -- he was tactical.  You

13  know, he -- he -- that was his personality.  He liked

14  guns and, you know, most of the guys he just -- he was

15  in the military.  And most of the guys that recently

16  got out of the military are still, like, you know real

17  tactical.  They carry multiple guns, you know.  And,

18  you know, from his -- you know, he liked guns, you

19  know.  So it wasn't no surprise to me.  It wouldn't

20  be.

21      Q      Okay.  And did he ever show you any of the

22  additional guns that he had while the two of I were on

23  duty working together?

24      A      No.

25      Q      Did the two of you go out to shooting range

35

1  to take the proficiency tests in your capacity to

2  properly operate your weapons?

3      A    We never went together.  We went separately.

4      Q    Okay.  Okay.  Am I correct in understanding

5  then that whenever -- if this is based on your

6  experience, whenever officer Abdulahad would be

7  working with you on a shift, if he had any extra

8  weaponry with him that isn't something that he would

9  ordinarily tell you about?

10     A    No.  We wouldn't -- no.  I didn't find them

11 really interesting.  You know, I'm not a gun person

12 like -- I don't like guns like that.  That may be a

13 conversation that he may share with somebody that, you

14 know, are into those type of things.  I'm not really

15 into guns like that, so that wouldn't be no interest

16 to me.

17     Q    Okay.  So no surprise to you that he had

18 extra weapons with him that evening?

19     A    Right.  Correct.

20     Q    Earlier you said something about Abdulahad's

21 initial reaction after you embraced him.  You said

22 something to the effect that he was crying.  How

23 long -- physically what was that crying about?  Was he

24 crying out to you or was he crying like in tears?

25 What was the physical manifestation on his part that

1   had you characterize him as having been crying?

2        A    He was crying as if he was scared, or like

3   he was overwhelmed and he was just scared.

4        Q    Okay.  So not crying in a sense of deep loss

5   with tears?

6        A    Right.  He had tears coming -- he had tears

7   coming from his eyes.  I think he kind of, you know --

8   he was put in a situation where he made a decision.

9   He probably changed his mind afterwards.  I don't

10  know, but, you know, it wasn't a comfortable situation

11  for him.  You know, he was just real emotional, you

12  know, and crying.

13       Q    Well, again for right now, and I know it's

14  fair to say you don't know what was going on in his

15  head per se.  I'm just trying to get at what your

16  observations were of his physical actions in what you

17  described as crying.  As I understand it then you've

18  characterized his crying as something that you took to

19  mean scared, but you don't know one way or another

20  whether he was conveying being scared by him crying,

21  do you?

22       A    No.

23       Q    He didn't say to you because you have not

24  told us up to this point and I've asked you several

25  times.  He didn't say to you:  I was scared, did he?

1       A      No.

2       Q      Okay.  So when you say something to the

3  effect like he was scared that was your

4  characterization of what you saw in his physical

5  activity; correct?

6       A      Yes.

7       Q      That isn't what he actually told you, was

8  it?

9       A      No.

10      Q      Okay.  So did he ever express any second

11  thoughts about what he had done in terms of either

12  jumping into the car, grabbing ahold of Phillips, or

13  shooting Phillips?  Did he ever say anything along

14  those lines?

15      A      No.

16             MS. MILLER:  Objection, but you can answer.

17      Q      Can you recall any other physical action

18  that Abdulahad took at that time that characterizes

19  him crying that you've not yet told us?

20      A      No.

21      Q      In the period of time between the last --

22  between our start of this deposition and today, what

23  contact have you had with Officer Abdulahad?

24      A      None really.  I spoke with them yesterday in

25  regards to a trip.  He's in Jamaica right now.  That

1    was it.  I just asked him if he had some money for his

2    trip.  That's it.  How he's going to pay for a trip.

3        Q    When you say he's in Jamaica, was he asking

4    you for money?

5        A    No.  No.  I have a birthday coming up in

6    June and there was a group of us supposed to go to

7    Vegas.  And, you know, I just -- you know, I just -- I

8    told someone to ask him was he going because he was in

9    Jamaica and, you know.  And he never -- he texted me

10   back and say I'm going.  How much do I need?  And that

11   was it.

12       Q    Okay.  And when you talked with him, did you

13   talk about that as well?

14       A    No.

15       Q    Did you talk about the trip when you talked

16   to him by the phone?

17       A    No.

18       Q    Did you talk about your deposition?

19       A    No.

20       Q    He is aware, he is not, that these

21   depositions of you are taking place?

22       A    No.  Not -- no, huh-uh.

23       Q    Has the fact that you are giving your

24   deposition ever come up in any text or phone

25   communication that you've had with Officer Abdulahad

1   in the last two weeks?

2        A    No.

3        Q    What I would like to do now is go to an

4   earlier exhibit in our first go-around on your

5   deposition where we had that video from the Annex that

6   we looked at.  I'm going to -- what I'm going to be

7   doing now is to have that -- have a portion of that

8   shown to you, sir, and then I'll ask you some

9   questions based on that.

10                  So if we could go to that video, and

11  then I'll give you a time to try to get to, Jeff, and

12  I'll show it to the witness.

13                  Officer, are you able to see the --

14  what I just refer to as the Annex video?

15       A    Yes.  Yes.

16       Q    Okay.  Could you please bring the video up

17  to the point where the time that it appears in the

18  upper left corner begins at time 4608 seconds.

19                  Okay.  We're at 06 -- we're at 4606.

20  Do you see that there, sir?

21       A    Yes.

22       Q    Now, the portion that I'll ask to be played

23  for us would be that portion that extends from 4608 to

24  4750.  Are you with me so far?

25       A    Yes.

1      Q    Okay.  And are you able to see -- at least

2   on your screen you're able to see what's going on?

3      A    Yes.

4      Q    So if we could let's start the video and

5   play it up to 4750.

6                    (Playing video.)

7      Q    Could we pause for just a moment.  I want to

8   get some clarification.  We've paused at 4654.  About

9   ten seconds ago it appeared that one of the figures

10  adjacent to the Malibu had some paperwork in their

11  hand.  Did you notice that, sir?

12     A    Yes.

13     Q    And identify for us please whether that

14  person with the paperwork in their hand as we saw it

15  in the video, was that you or was that Yasin?

16     A    That was Yasin.

17     Q    Okay.  Could we please start up again at

18  4654.

19              Okay.  Could we pause for a moment?

20  We're now at 4731.  And, Officer, do you see there

21  appears to be a bluish type light?

22     A    Yes.

23     Q    A flashlight adjacent to the car -- to the

24  Malibu.  Do you see that?

25     A    Yes.

41

1    Q    And does it appear to you that that light is

2  being held by someone other than Officer Abdulahad?

3    A    Yes.

4    Q    And would the officer holding the flashlight

5  be yourself?

6    A    Yes.

7    Q    All right.  Please continue.  Okay.  Thank

8  you.  We can stop.

9              Now, my questions to you now, sir,

10  are -- and I realize I've asked you in I hope

11  sufficient detail your recollection of what occurred

12  that evening that I'm showing you this video really to

13  just ask whether now having seen it with us -- all of

14  us at the same time, did you see anything that

15  appeared in the video that has you now want to change

16  any of your description of the events alongside of the

17  car?

18    A    No.

19    Q    You know, in other words, we went into

20  detail and you told --

21    A    Right.

22    Q    And I'm not trying to retread.  But I wanted

23  to give you an opportunity to both view the video and

24  let us know anything that you need to change from what

25  you told us before?

1      A    No.  I told you what I remember.

2      Q    And is there anything now, having seen this

3  video, anything that you told us earlier that now you

4  think it would be appropriate for you to either

5  correct or clarify?

6      A    I think about the flashlight.  I didn't

7  recall whether I had a flashlight on me or not.  Or

8  whether it was Abdulahad's flashlight.  I didn't

9  remember whose flashlight it was or whether I had a

10  flashlight or whether I had an actual flashlight.  I

11  don't remember that per se.  I don't even remember

12  having a flashlight, but I may have.  I mean looking

13  at the video I had that wasn't a detail that, you

14  know, I paid, you know, much focus to or even

15  remember.

16      Q    Okay.  Understood.  Anything else in

17  addition to the flashlight?

18      A    No.  Everything pretty much -- no.  The

19  vehicle that we were in.

20      Q    Yes.  Yeah, you see the red vehicle.

21      A    Yeah.

22      Q    Right.  Okay.  All right.  Can you think --

23  I'm going to pause for just a minute and then if you

24  will allow us I want to check in with my co-counsel.

25  So let's take about a five minute -- well, about a

1    five minute break and then come back.  All right?

2         A    Yes.  I'm going to run to the bathroom.

3         Q    Thank you.

4                   (Recess from 11:07 a.m. to 11:14

5                   a.m.)

6         Q    (By Mr. Spears) Okay.  Officer, you have

7    described your observation -- you looked inside the

8    interior of the Malibu and you saw Mr. Phillips seated

9    in the driver seat and you said that you saw a gun.

10   Let me ask you, please, to tell us whether you looked

11   into the interior of the Malibu more than once that

12   night after --

13        A    No.  One time.

14        Q    All right.  And, first of all, can you tell

15   us what you recall seeing in the interior of the

16   Malibu, if anything, in addition to Mr. Phillips and

17   the gun?

18        A    I saw Mr. Phillips shot to the head and I

19   saw a gun on the driver -- I mean on the passenger

20   side on the floorboard.

21        Q    Okay.  Just for the starters, can you recall

22   anything else that you saw in addition to those two

23   things that you just said?

24        A    No.

25        Q    Okay.  And as to the gun itself, there was

44

1    no part of Mr. Phillips' body that was touching the

2    gun; correct?

3         A    Correct.

4         Q    And in what you saw of the positioning of

5    his arms, neither of his arms was outstretched in the

6    direction of the gun, were they?

7         A    No.  No.

8         Q    The gun that you saw you couldn't tell the

9    make or model of it, could you?

10        A    No.

11        Q    You could -- well, what type of gun did you

12   see, are you able to recall that?

13        A    It was a pistol.  It was a black pistol.

14        Q    Okay.

15        A    But I couldn't tell what brand it was or

16   whether it was a Glock or whether it was a MP.  I

17   couldn't tell you.  I just knew it was a black pistol.

18        Q    All right.  And it was on the floor of the

19   passenger side; correct?

20        A    Yes.

21        Q    And it was -- you never -- you never

22   approached or touched that gun, did you?

23        A    No.  I didn't touch anything.

24        Q    And when you say you didn't touch anything,

25   I take it to mean you didn't touch the car.  You

1  didn't touch any physical item within the car at all

2  after Yasin got out?

3       A     Correct.

4       Q     Okay.  Now, the -- at that point in time as

5  you looked to the interior of the car, you did not

6  have your flashlight; correct?

7       A     I don't -- I think I went back and got it,

8  but I don't -- I think I ran back and got my

9  flashlight after that.  I think I ran back and got my

10 flashlight.  I don't remember.  I don't remember.  I

11 just --

12      Q     Really what I'm trying to understand is what

13 was your capacity to see what was on the floor of the

14 passenger side.  If you didn't have the flashlight,

15 then the only light you would have -- would have been

16 the interior dome light; is that right?

17      A     It's possible.

18      Q     Okay.  And how far away from that gun would

19 you say you were when you observed it?

20      A     Just -- I can't give you no approximate

21 feet.  It was enough -- I just came close enough to

22 see if it was a gun and to see if the guy was alive.

23 To see -- if I needed to try to, you know, save him or

24 what -- I can't recall how close I was or nothing.

25      Q     In the area of the floor of the front

**46**

1  passenger side of the car, where in that area was the

2  gun located?

3      A    On the floorboard closer to -- closer to the

4  door.  Like, closer to the door.  And it looked like

5  it was slightly under the seat a little bit.  Looked

6  like it was slightly under the seat a little, but not

7  fully.  But you could still see the gun there.

8      Q    And when you referred to the door, you're

9  referring to the front passenger side door; correct?

10      A    Yes, I'm sorry.  The front passenger door.

11      Q    The door furthest away from -- from

12  Mr. Phillips?

13      A    Yeah.

14      Q    Based on what you've told me, am I correct

15  in understanding then, that there was not a point in

16  time in which either you or Yasin sought to check

17  Mr. Phillips' pulse?

18      A    No, I didn't.  No.

19      Q    You have any understanding one way or

20  another whether or not Officer Abdulahad checked his

21  pulse?

22      A    No.

23      Q    In the communications between either you or

24  Officer Abdulahad and dispatch after the shooting,

25  which of the two of you or who of the two of you, if

1    either one of you contacted them and said they needed

2    to dispatch a medical unit?

3         A    I think it was me.

4         Q    Do you recall what you said in that regard?

5         A    No.  I think I said -- I gave the location.

6    I told them -- I said it was a shooting.  And I said:

7    Can you start a paramedic for a black male, and can

8    you start a supervisor.

9         Q    Do you recall anything else that you

10   described to dispatch about the situation you had

11   there?

12        A    No.  No.  After that I think -- I think

13   after that Abdulahad took over the transactions after

14   that.

15        Q    And by transactions you mean the

16   communications?

17        A    The communications, yes.

18        Q    Okay.  Now, as we're drawing now to the end

19   of your deposition, I want to ask you this:  Can you

20   think of any question that I asked you during the

21   course of your deposition which you answered, but you

22   feel that it's appropriate for you to now either

23   clarify or change?

24        A    No.  I gave you the best of my memory.

25        Q    Can you think of any question that I asked

**48**

1    you that sitting here now you realized you didn't

2    really understand what I asked, even though you went

3    ahead and answered it?

4         A    Yes.  About the muzzle flash, that was it.

5    I get it now.  You were asking me about the muzzle

6    flash, can you see it.  Yes, you can see the muzzle

7    flash at nighttime and daytime, but I had

8    misunderstood the question.  I thought about it later.

9         Q    All right.  Well, thanks.  Thank you for

10   that clarification.  Now, as you now think about this

11   notion of a muzzle flash -- well, let me ask you

12   yourself, just in your own words, describe what you

13   understand to be a muzzle flash associated with the

14   discharge of a pistol; what is it?

15        A    You know, from the combustion of the bullet,

16   you know, it causes a small explosion that comes out

17   of the end -- at the end of the muzzle, you know.  And

18   that's what -- that's what -- how I interpret it.

19        Q    Okay.  And so with respect to Officer

20   Abdulahad's firing of his pistol, it would be your

21   expectation, would it not, that there would have been

22   a muzzle flash?

23        A    Yes.  Unless -- unless -- from my

24   expectations if you're shooting from a distance

25   probably -- you know, if there was some space in

1    between you would probably see a muzzle.  But if the

2    gun is flush you wouldn't see it.

3        Q    Right.  If it's a contact discharge of the

4    weapon, you wouldn't expect to see a muzzle flash?

5        A    Correct.

6        Q    And when we say contact discharge, what

7    we're speaking of then is the discharge of the weapon

8    with the -- with the front of the barrel in contact

9    with the person being shot?

10       A    Correct.

11       Q    Okay.  Fair to say then that at least --

12   given that you've said you did not see a muzzle flash

13   I assume that's still correct; yes?

14       A    Yes, that's correct.

15       Q    All right.  Given you then saw that

16   Mr. Phillips was dead in the driver seat with a

17   gunshot wound to his head, in your opinion is that

18   consistent with the use of Abdulahad's gun at a time

19   when he had the barrel directly against Mr. Phillips'

20   head?

21       A    I didn't see him have it directly to his

22   head, but I didn't see a flash.  And, you know, from

23   not seeing a flash, you know, it's possible.  But I

24   just didn't see it.

25       Q    No, I understand you didn't see it.  I'm not

**50**

1    trying to retread that.  But the fact that you did not

2    see a muzzle flash is consistent with it being a

3    contact wound; correct?

4         A    Yes.

5         Q    Okay.  Is there anything else that you now

6    think of that you think that we need to hear in order

7    to understand what you recall about what happened?

8         A    No, sir.

9         Q    Okay.

10             MR. SPEARS:  Those are all my questions.

11        Staci.

12                     DIRECT EXAMINATION

13   BY MS. MILLER:

14        Q    Yes.  Detective Robeson, I do have a few

15   questions for you.  I want to first thank you for your

16   cooperation and time in this matter.  Hopefully these

17   can be quite a few.

18             First, you mentioned tunnel vision

19   quite a few times.  Can you explain what you mean by

20   tunnel vision?

21        A    Tunnel vision meaning when you -- like you

22   in the moment of some type of trauma or some

23   excitement you just get locked on a specific object or

24   person or you just get locked in on one specific thing

25   and you fail to see what's going on in here.  What's

1    going on around you.  Kind of like when you're in a

2    fight.  When someone hit you -- someone was to come

3    and say, did you see that person standing by in the

4    fight.  You might be concentrating just on the subject

5    that's in front of you, the threat.  Not what's going

6    on around you.  So you wouldn't be able to see -- it

7    is probably hard to determine what you hear, what you

8    smell.  You just get locked on a threat or what's in

9    front of you.  That's tunnel vision.

10        Q    Thank you.  And in January of 2017 was it

11   illegal to smoke marijuana in the state of Georgia?

12        A    Yes.

13             MR. SPEARS:  Objection; calls for a legal

14        opinion.

15        Q    (By Ms. Miller) Okay.  On the date of this

16   particular incident, you mentioned that after

17   Mr. Phillips exited the car that you were attempting

18   to pull out on your radio.  What prevented you from

19   pulling out on the radio?

20             MR. SPEARS:  Objection.  Form.  Leading.  He

21        didn't tell us earlier he had any problem in

22        pulling out his radio.

23        Q    Yes.  And I will rephrase the question.  So

24   after Mr. Phillips exited the vehicle, did you attempt

25   to pull out?  And by pull out, I mean communicate with

1   dispatch on your radio?

2        A      Yes.

3        Q      And were you prevented from making that pull

4   out?

5        A      Yes.  Initially.  Yes.

6        Q      And what prevented you from making that pull

7   out?

8        A      It wasn't on the correct -- it kept -- it

9   kept beeping like whooo, making a song like

10  (onomatopoeia).  That mean the station was changed.

11       Q      Thank you.  And did any action of

12  Mr. Phillips prevent you from making pull out?

13              MR. SPEARS:  Objection to form.

14       A      When you say --

15       Q      Do you need me to repeat or rephrase the

16  question?

17       A      What action -- yes.  Can you repeat it?

18       Q      Yes.  Did any action of Mr. Phillips prevent

19  you from making a pull out on the radio?

20       A      Yes.

21       Q      And what was that action?

22       A      When he became physical with me, and then

23  he -- when he -- when he pushed me to try to get past

24  me and he broke a loose from Abdulahad and jumped in

25  the car.

1      Q    Okay.  Thank you.  And my final question:

2  What was the purpose of the calls that you made with

3  Investigator Abdulahad after this incident?

4      A    You know, just we were friends and just

5  checking to see if we was okay.

6      Q    Thank you.  Those are all my questions.

7           MR. SPEARS:  Nothing further.  Thank you

8      everybody.

9                     (Deposition concluded at 11:30

10                    a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

54

1                          DISCLOSURE

2     STATE OF GEORGIA        DEPOSITION OF EL MALIK ROBESON-EL

3     COUNTY OF PAULDING    Date: March 25, 2021

4              Pursuant to Article 10.B of the Rules and
      Regulations of the Board of Court Reporting of the
5     Judicial Council of Georgia, I make the following
      disclosure:

6
               I am a Georgia Certified Court Reporter.  I
7     am here as a representative of American Court
      Reporting Company, Inc.

8
               I am not disqualified for a relationship of
9     interest under provisions of O.C.G.A. 9-11-28(c).

10             American Court Reporting Company, Inc., was
      contacted by the offices of Brian Spears, Esquire to
11    provide court reporting services for this deposition.

12             American Court Reporting Company, Inc. will
      not be taking this deposition under any contract that
13    is prohibited by O.C.G.A. 15-14-37(a) and (b).

14             American Court Reporting Company, Inc., has
      no exclusive contract to provide reporting services
15    with any party to the case, any counsel in the case,
      or any reporter or reporting agency from whom a
16    referral might have been made to cover this
      deposition.

17
               American Court Reporting Company, Inc., will
18    charge its usual and customary rates to all parties in
      the case, and a financial discount will not be given
19    to any party to this litigation.

20             This the 25th day of March 2021.

21

22

23

24
                         --------------------------
25                       CATHY M. COX, B-441

55

```
 1              C E R T I F I C A T E

 2   STATE OF GEORGIA)

 3   COUNTY OF PAULDING)

 4            I hereby certify that the foregoing

 5   transcript was taken down, as stated in the caption,

 6   and the proceedings were reduced to typewriting under

 7   my direction and control.

 8            I further certify that the transcript is a

 9   true and correct record of the evidence given at the

10   said proceedings.

11            I further certify that I am neither a

12   relative or employee or attorney or counsel to any of

13   the parties, nor financially or otherwise interested

14   in this matter.

15            This the 12th day of April 2021.

16

17

18

19

20

21

22            --------------------------------

23            CATHY M. COX, CCR, RPR

24            Certificate No. B-441

25
```

DEAUNNA PHILLIPS, etc.
YASIN ABDULAHAD

EL MALIK ROBESON-EL - Vol. II
March 25, 2021

## A

**Abdulahad (42)**
6:20;7:4,10,12;8:13;9:4,
15,24;11:14;17:4,10;18:7;
20:15,22;21:2,8,16,19;23:8;
25:7,16;27:14;28:14;30:1,
18,25;31:5;32:20;33:3,16,
20,24;35:6;37:18,23;38:25;
41:2;46:20,24;47:13;52:24;
53:3
**Abdulahad's (6)**
10:6;32:9;35:20;42:8;
48:20;49:18
**able (9)**
25:15;27:20;29:12;31:25;
39:13;40:1,2;44:12;51:6
**absolutely (1)**
13:17
**according (2)**
8:2;9:10
**action (6)**
23:5;37:17;52:11,17,18,
21
**actions (2)**
19:11;36:16
**activity (5)**
8:6;17:6,17,21;37:5
**actual (1)**
42:10
**actually (2)**
27:23;37:7
**addition (6)**
18:17;33:6;34:6;42:17;
43:16,22
**additional (2)**
34:5,22
**adjacent (3)**
16:13;40:10,23
**administration (1)**
24:5
**administrative (1)**
4:11
**aerobics (1)**
15:19
**affairs (1)**
23:22
**afterwards (1)**
36:9

**again (12)**
5:18;9:22;13:21,23,25;
20:19;28:23;32:8,15;33:9;
36:13;40:17
**against (1)**
49:19
**ago (4)**
4:13;12:13;23:12;40:9
**ahead (2)**
19:18;48:3
**ahold (1)**
37:12
**alive (1)**
45:22
**allow (2)**
28:4;42:24
**along (2)**
31:1;37:13
**alongside (1)**
41:16
**amended (1)**
4:7
**Annex (3)**
16:14;39:5,14
**answered (2)**
47:21;48:3
**apart (1)**
10:12
**appear (3)**
7:20;32:19;41:1
**appearance (1)**
9:5
**appeared (2)**
40:9;41:15
**appears (3)**
30:21;39:17;40:21
**appreciate (1)**
16:6
**approached (1)**
44:22
**appropriate (2)**
42:4;47:22
**approximate (4)**
7:6;15:7;18:3;45:20
**approximately (2)**
15:15;24:21
**area (3)**
27:10;45:25;46:1
**arms (2)**
44:5,5

**army (1)**
31:8
**around (3)**
16:1;51:1,6
**arrival (1)**
25:2,10
**arrived (10)**
25:5,13,15;27:23;28:7,8,
17;30:25;31:15;32:1
**art (1)**
16:9
**associated (1)**
48:13
**assume (1)**
49:13
**Atlanta (4)**
5:14;23:19;24:1;27:10
**attempt (1)**
51:24
**attempting (1)**
51:17
**attention (3)**
7:8,9,11
**attorneys' (5)**
13:4,12,16;14:2;15:1
**aware (4)**
33:15,18,19;38:20
**away (4)**
16:12;20:14;45:18;46:11

## B

**back (12)**
8:25;9:22;10:9;12:21;
23:7;30:12,20;38:10;43:1;
45:7,8,9
**backed (1)**
20:14
**backpack (1)**
31:1
**bag (14)**
30:21;31:5,6,7,13,18,20;
32:5,9,18,20;33:17,21,25
**Bailey (3)**
27:2,3,12
**B-A-I-L-E-Y (1)**
27:3
**Baltimore (1)**
5:14
**barrel (2)**

**49:8,19**
**based (3)**
35:5;39:9;46:14
**bathroom (1)**
43:2
**bear (1)**
29:3
**became (1)**
52:22
**beeping (1)**
52:9
**beginning (1)**
4:12
**begins (1)**
39:18
**behind (1)**
30:20
**beside (1)**
23:8
**best (1)**
47:24
**beyond (1)**
22:2
**birthday (1)**
38:5
**bit (4)**
15:17;16:15;29:21;46:5
**black (3)**
44:13,17;47:7
**bleeding (1)**
8:25
**bluish (1)**
40:21
**body (5)**
10:3,3,6,6;44:1
**book (1)**
16:3
**both (2)**
27:9;41:23
**bought (1)**
12:25
**brand (1)**
44:15
**break (1)**
43:1
**breathe (2)**
19:13,14
**brief (1)**
19:9
**briefly (2)**

14:7;20:23
**bring (1)**
  39:16
**broke (1)**
  52:24
**brought (1)**
  6:15
**brown (2)**
  30:21;32:5
**bullet (1)**
  48:15

## C

**call (5)**
  21:8;24:6,17;25:9;26:16
**called (10)**
  12:10,20,21;13:13;23:9,
  9;26:23,23,24;27:1
**calling (1)**
  26:15
**calls (2)**
  51:13;53:2
**came (7)**
  10:15,18;14:7;16:2;
  17:12;32:17;45:21
**can (33)**
  8:11;9:21;15:4,17;17:8;
  18:3,8;19:12;22:1;23:4;
  24:2;26:19;28:5;29:7,21,
  23;31:22;32:12;37:16,17;
  41:8;42:22;43:14,21;47:7,7,
  19,25;48:6,6;50:17,19;
  52:17
**capacity (2)**
  35:1;45:13
**car (31)**
  6:20,24,25;8:4,7,24;9:14,
  16,16,18,25;11:17;16:24;
  17:3,4,6,10,11;18:21;22:6;
  27:16;32:1;37:12;40:23;
  41:17;44:25;45:1,5;46:1;
  51:17;52:25
**carried (2)**
  33:4,20
**carry (4)**
  31:6;32:21;34:5,17
**case (6)**
  11:1;13:7;15:23;22:12;
  23:22;28:7

**caused (1)**
  9:8
**causes (1)**
  48:16
**cellphone (12)**
  5:19;6:18;11:22,22,25;
  12:4,4,9;14:18;23:8;25:24;
  26:5
**Certainly (1)**
  16:7
**chance (1)**
  14:13
**change (4)**
  32:3;41:15,24;47:23
**changed (3)**
  23:12;36:9;52:10
**characterization (1)**
  37:4
**characterize (1)**
  36:1
**characterized (1)**
  36:18
**characterizes (1)**
  37:18
**check (3)**
  23:20;42:24;46:16
**checked (1)**
  46:20
**checking (2)**
  7:17;53:5
**chest (4)**
  10:4,4,14,15
**Chevy (2)**
  29:14,15
**circumstances (2)**
  28:9,17
**City (4)**
  5:19;12:6;23:19;24:1
**clarification (2)**
  40:8;48:10
**clarify (2)**
  42:5;47:23
**clear (1)**
  20:19
**clip (2)**
  33:8,9
**clips (1)**
  32:23
**close (2)**
  45:21,24

**closer (3)**
  46:3,3,4
**co-counsel (1)**
  42:24
**Colberson (3)**
  25:12,15;26:21
**combustion (1)**
  48:15
**comfortable (1)**
  36:10
**coming (7)**
  8:3;11:17;14:9;17:20;
  36:6,7;38:5
**comments (1)**
  4:11
**communicate (1)**
  51:25
**communication (2)**
  27:14;38:25
**communications (3)**
  46:23;47:16,17
**complete (1)**
  17:12
**concentrating (1)**
  51:4
**concern (4)**
  7:10;9:1,1,8
**concerned (1)**
  8:14
**concerns (1)**
  8:12
**concluded (1)**
  53:9
**confirm (1)**
  29:7
**connecting (2)**
  5:15,17
**connection (1)**
  23:25
**considered (1)**
  8:12
**consistent (2)**
  49:18;50:2
**contact (10)**
  10:16,18;18:10;20:22;
  25:1;37:23;49:3,6,8;50:3
**contacted (4)**
  23:25;26:5,13;47:1
**Continuation (1)**
  5:1

**continue (1)**
  41:7
**continuous (1)**
  22:14
**contrary (1)**
  22:16
**conversation (5)**
  21:1,7,15;24:18;35:13
**conveying (1)**
  36:20
**cooperation (2)**
  16:6;50:16
**corner (1)**
  39:18
**correspond (2)**
  31:19;32:8
**County (1)**
  14:14
**couple (3)**
  12:21;17:13;21:6
**course (5)**
  10:6;11:3;17:19;30:16;
  47:21
**coworker (1)**
  14:9
**CROSS-EXAMINATION (1)**
  5:1
**Crowder (3)**
  14:12,12,14
**crying (13)**
  8:19;35:22,23,24,24;36:1,
  2,4,12,17,18,20;37:19
**current (5)**
  6:15;11:8;15:7,8;32:18
**currently (2)**
  6:8;15:20

## D

**DA (1)**
  13:24
**Darlene (1)**
  27:6
**DA's (1)**
  12:10
**date (1)**
  51:15
**days (3)**
  12:20,20,22
**daytime (1)**

48:7

**dead (1)**
49:16

**decision (1)**
36:8

**deep (1)**
36:4

**Dekalb (1)**
14:14

**department (1)**
27:21

**depicted (1)**
31:18

**deposition (15)**
4:5,6,7,12;5:16;6:17;
14:18,21;37:22;38:18,24;
39:5;47:19,21;53:9

**depositions (1)**
38:21

**describe (5)**
19:11;23:16;28:8,16;
48:12

**described (8)**
10:7;13:2;18:6;21:24;
22:20;36:17;43:7;47:10

**describing (1)**
21:7

**description (1)**
41:16

**desk (1)**
6:7

**detail (4)**
7:11;41:11,20;42:13

**Detective (1)**
50:14

**determine (1)**
51:7

**DIRECT (1)**
50:12

**direction (1)**
44:6

**directly (2)**
49:19,21

**discharge (4)**
48:14;49:3,6,7

**discharged (1)**
10:25

**dispatch (4)**
46:24;47:2,10;52:1

**distance (1)**

48:24

**district (5)**
13:4,12,15;14:2;15:1

**documents (2)**
6:11,14

**dome (1)**
45:16

**done (2)**
12:21;37:11

**door (8)**
16:4;29:25;46:4,4,8,9,10,
11

**doors (1)**
30:7

**down (6)**
8:21;12:10;19:3,11,13;
20:23

**drawing (1)**
47:18

**driver (4)**
29:25;43:9,19;49:16

**driver's (2)**
22:21;30:20

**drove (1)**
16:12

**during (4)**
14:18,20;30:16;47:20

**duty (3)**
33:21;34:5,23

---

## E

**earlier (10)**
6:19;9:23;10:7;11:21;
16:14;17:1;35:20;39:4;
42:3;51:21

**early (2)**
16:1,8

**echo (1)**
33:4

**effect (11)**
11:25;13:12;14:22;17:5;
18:24;19:2;20:25;21:10;
22:22;35:22;37:3

**either (8)**
22:9;28:15;37:11;42:4;
46:16,23;47:1,22

**ejected (1)**
11:2

**El (2)**

4:23,25

**elapsed (2)**
17:9;25:1

**else (11)**
5:24;14:17;18:9,17;
19:18;22:1;26:19;42:16;
43:22;47:9;50:5

**embraced (3)**
19:3;20:23;35:21

**emotional (3)**
8:19;9:5;36:11

**EMS (1)**
27:21

**end (3)**
47:18;48:17,17

**ended (2)**
21:6;28:13

**engaged (1)**
22:6

**engine (3)**
22:6,10,13

**enough (2)**
45:21,21

**entered (1)**
27:24

**estimate (1)**
7:8

**even (5)**
30:9,10;42:11,14;48:2

**evening (6)**
21:13;30:24;33:15;34:10;
35:18;41:12

**events (2)**
21:13;41:16

**everybody (1)**
53:8

**evidence (1)**
22:13

**EXAMINATION (1)**
50:12

**exchanged (1)**
27:17

**excitement (1)**
50:23

**Excuse (1)**
24:16;25:8

**ex-girlfriend (3)**
26:15,16;27:1

**exhibit (16)**
28:23,24;29:2,10,19,19,

20;30:6,6,12;31:19,19,22;
32:12,13;39:4

**exit (1)**
16:23

**exited (6)**
6:20;7:12;17:4,11;51:17,
24

**expect (1)**
49:4

**expectation (1)**
48:21

**expectations (1)**
48:24

**experience (1)**
35:6

**explain (1)**
50:19

**explosion (1)**
48:16

**express (1)**
37:10

**extends (1)**
39:23

**extent (1)**
22:12

**extra (3)**
34:9;35:7,18

**eyes (1)**
36:7

---

## F

**fact (5)**
13:11;33:15,19;38:23;
50:1

**fail (1)**
50:25

**fair (2)**
36:14;49:11

**far (7)**
6:24;7:3;9:14;18:3;27:9;
39:24;45:18

**feel (1)**
47:22

**feet (1)**
45:21

**felt (1)**
12:24

**female (1)**
14:16

DEAUNNA PHILLIPS, etc.
YASIN ABDULAHAD

EL MALIK ROBESON-EL - Vol. II
March 25, 2021

**few (3)**
50:14,17,19
**fight (2)**
51:2,4
**figures (1)**
40:9
**FILIPOVITS (2)**
28:24;29:3
**final (1)**
53:1
**find (1)**
35:10
**fine (1)**
4:21
**fire (1)**
27:21
**fired (2)**
9:12;11:3
**firing (1)**
48:20
**first (12)**
5:5;7:13;8:13;9:10;12:4;
21:2;25:12;30:6;39:4;
43:14;50:15,18
**five (2)**
42:25;43:1
**flash (11)**
48:4,6,7,11,13,22;49:4,
12,22,23;50:2
**flashlight (14)**
40:23;41:4;42:6,7,8,9,10,
10,12,17;45:6,9,10,14
**floor (4)**
8:24;44:18;45:13,25
**floorboard (2)**
43:20;46:3
**flush (1)**
49:2
**focus (1)**
42:14
**focusing (2)**
12:3;17:19
**folks (1)**
32:17
**forget (1)**
22:20
**forgot (2)**
23:11,11
**Form (2)**
51:20;52:13

**Foster (1)**
4:18
**found (1)**
13:17
**frame (6)**
16:1;17:2,9,15,16;27:15
**friends (1)**
53:4
**front (7)**
29:20;45:25;46:9,10;
49:8;51:5,9
**fully (1)**
46:7
**further (1)**
53:7
**furthest (1)**
46:11

## G

**games (1)**
12:25
**gave (4)**
10:9;24:13;47:5,24
**GBI (2)**
25:3;32:17
**Georgia (2)**
5:14;51:11
**gets (1)**
9:25
**given (3)**
13:1;49:12,15
**giving (1)**
38:23
**glanced (1)**
20:9
**Glock (4)**
33:1,13,24;44:16
**go-around (1)**
39:4
**goes (2)**
23:20;33:13
**grab (1)**
14:9
**grabbed (7)**
6:21;7:4;8:20;9:24;10:2,
7;16:3
**grabbing (2)**
16:3;37:12
**ground (1)**

21:20
**group (1)**
38:6
**gun (26)**
8:23,24;9:12;10:25;11:2;
20:11,11,12,13,16;35:11;
43:9,17,19,25;44:2,6,8,11,
22;45:18,22;46:2,7;49:2,18
**gunpowder (4)**
10:20,22;11:2,11
**guns (6)**
34:14,17,18,22;35:12,15
**gunshot (1)**
49:17
**guy (1)**
45:22
**guys (2)**
34:14,15

## H

**half (1)**
4:13
**hand (2)**
40:11,14
**handguns (1)**
33:20
**hands (1)**
10:9
**happened (10)**
8:16;18:11,13,15,20,20;
21:13;25:3,8;50:7
**hard (1)**
51:7
**head (6)**
8:25;36:15;43:18;49:17,
20,22
**hear (7)**
17:16,17,20;28:20;33:5;
50:6;51:7
**heard (2)**
8:3;23:2
**hearing (4)**
4:18,20,20;28:16
**height (3)**
15:5,5,11
**held (2)**
8:20;41:2
**Hello (1)**
33:5

**help (3)**
23:21;30:4,5
**hit (1)**
51:2
**hold (1)**
7:15
**holding (1)**
41:4
**holster (1)**
34:6
**honest (2)**
30:10,10
**hope (1)**
41:10
**Hopefully (1)**
50:16
**hoping (1)**
29:23
**hour (2)**
24:23,25
**hugged (2)**
10:10,14
**Huh-uh (2)**
26:7;38:22

## I

**IBPO (1)**
23:15
**identify (3)**
8:11;23:14;40:13
**illegal (1)**
51:11
**illuminated (1)**
18:1
**immediate (2)**
8:8;16:13
**inches (1)**
10:12
**incident (2)**
51:16;53:3
**indeed (3)**
24:19;33:24;34:9
**information (1)**
22:16
**initial (4)**
12:15;18:6,10;35:21
**initially (5)**
7:24;9:17;16:18;19:3;
52:5

**injured (3)**
7:16,18,21
**inside (5)**
8:7;18:20;27:16;33:16;
43:7
**instances (1)**
23:23
**instructions (1)**
19:20
**interaction (1)**
28:14
**interest (1)**
35:15
**interesting (1)**
35:11
**interior (15)**
8:3;17:25;20:4,8;21:3,14;
22:2;23:6;30:17;32:6;43:8,
11,15;45:5,16
**internal (1)**
23:22
**interpret (1)**
48:18
**intervened (1)**
19:21
**into (6)**
33:13;35:14,15;37:12;
41:19;43:11
**introductory (1)**
4:11
**investigative (1)**
12:11
**Investigator (1)**
53:3
**investigators (4)**
13:4;14:1,25;27:22
**involved (1)**
24:12
**issued (2)**
5:19;12:6
**item (1)**
45:1

## J

**Jamaica (3)**
37:25;38:3,9
**January (2)**
15:10;51:10
**Jeff (3)**

28:22;29:6;39:11
**jog (1)**
15:22
**join (1)**
4:19
**joined (2)**
4:16,17
**Joshua (1)**
4:18
**jumped (1)**
52:24
**jumping (1)**
37:12
**June (1)**
38:6

## K

**keep (1)**
16:7
**kept (2)**
52:8,9
**keys (1)**
14:10
**kid (2)**
8:24;20:14
**kind (4)**
15:18;30:21;36:7;51:1
**kinds (1)**
6:4
**knapsack (1)**
31:1
**knew (4)**
7:23;9:14;34:4;44:17
**knowledge (1)**
9:11

## L

**last (5)**
14:18,20,23;37:21;39:1
**later (3)**
12:20;17:13;48:8
**lawyers (1)**
23:22
**Leading (1)**
51:20
**learn (2)**
33:23;34:9
**learning (1)**

12:17
**least (3)**
34:10;40:1;49:11
**led (1)**
28:18
**left (2)**
8:7;39:18
**legal (1)**
51:13
**Lieutenant (2)**
25:12;26:21
**light (4)**
40:21;41:1;45:15,16
**liked (2)**
34:13,18
**lines (2)**
31:2;37:14
**list (1)**
28:23
**litigation (1)**
30:16
**little (4)**
15:17;29:21;46:5,6
**located (4)**
5:13;13:6,9;46:2
**location (5)**
6:16;19:21;24:13,13;47:5
**lock (3)**
16:4,4,5
**locked (3)**
50:23,24;51:8
**long (5)**
12:13,14;23:12;24:21;
35:23
**longer (2)**
13:3,17
**Look (3)**
19:23;28:4;32:18
**looked (20)**
8:23;11:17;20:7,9,10,12,
13,13;21:23;22:5,19;23:5;
31:20;32:9;39:6;43:7,10;
45:5;46:4,5
**looking (3)**
29:12;31:24;42:12
**loose (1)**
52:24
**loss (1)**
36:4
**lost (3)**

11:25;12:5,9
**lot (2)**
15:18;16:13

## M

**magazine (5)**
32:24,25;33:6,7,12
**making (6)**
9:2;52:3,6,9,12,19
**male (1)**
47:7
**Malibu (21)**
6:25;7:3;16:12,15,18;
18:4;20:2,4,8;21:3,14,19,
23;22:2;23:6;27:24;40:10,
24;43:8,11,16
**Malik (3)**
4:23,25;8:18
**manifestation (1)**
35:25
**manner (1)**
10:19
**many (3)**
23:12,24;24:4
**marijuana (3)**
11:14,17;51:11
**martial (1)**
16:9
**matter (1)**
50:16
**may (8)**
4:16,17;14:6;29:14,14;
35:12,13;42:12
**mean (8)**
36:19;42:12;43:19;44:25;
47:15;50:19;51:25;52:10
**meaning (1)**
50:21
**means (1)**
5:16
**medical (1)**
47:2
**memory (1)**
47:24
**mentioned (2)**
50:18;51:16
**messages (1)**
27:18
**might (1)**

51:4

**military (3)**
31:7;34:15,16

**MILLER (6)**
4:16;9:21;24:2;37:16;
50:13;51:15

**mind (1)**
36:9

**minute (3)**
42:23,25;43:1

**misunderstood (1)**
48:8

**model (1)**
44:9

**moment (5)**
7:15;29:4;40:7,19;50:22

**money (4)**
23:20,20;38:1,4

**more (4)**
15:1,25;33:20;43:11

**morning (4)**
4:19;5:6;6:12;19:2

**most (2)**
34:14,15

**movement (1)**
22:24

**MP (1)**
44:16

**much (3)**
38:10;42:14,18

**multiple (1)**
34:17

**muzzle (11)**
48:4,5,6,11,13,17,22;
49:1,4,12;50:2

## N

**name (6)**
14:11;23:11,11,13;26:25;
27:5

**need (5)**
24:12;38:10;41:24;50:6;
52:15

**needed (2)**
45:23;47:1

**neither (1)**
44:5

**new (1)**
12:25

**next (3)**
19:18;23:4;30:19

**night (4)**
31:15;32:1;33:25;43:12

**nighttime (1)**
48:7

**noise (1)**
8:3

**None (2)**
6:13;37:24

**notes (1)**
14:20

**notice (2)**
4:7;40:11

**noticeable (1)**
10:22

**notion (1)**
48:11

**number (1)**
24:7

## O

**oath (1)**
4:9

**object (1)**
50:23

**Objection (6)**
9:21;24:2;37:16;51:13,
20;52:13

**observation (5)**
21:2,14;28:12,13;43:7

**observations (2)**
22:2;36:16

**observe (2)**
16:19;17:5

**observed (4)**
17:9;21:19;25:6;45:19

**observing (2)**
16:22;17:3

**obtain (3)**
6:6,8,10

**obviously (2)**
30:8;31:23

**occasion (2)**
15:2,3

**occasions (1)**
23:24

**occurred (1)**
41:11

**odor (1)**
10:19

**office (15)**
5:8,9,12,23;6:1,5;12:10;
13:4,12,16,18;14:2,12,15;
15:1

**Officer (38)**
4:5;5:3;6:19;9:3;11:14;
16:2;17:3,10;18:7;20:15;
21:15,19;22:9;24:1;25:7,
16;27:14;28:14;29:6;30:1,
18,25;31:4;32:20;33:3,19,
24;35:6;37:23;38:25;39:13;
40:20;41:2,4;43:6;46:20,
24;48:19

**officers (4)**
15:18;28:8,15,16

**once (6)**
17:24;18:4;20:22;28:1,2;
43:11

**one (24)**
5:22;6:1,8;10:16;11:10;
12:5;13:8;14:24;15:1,3,18;
20:23;21:6,12;29:3;33:20;
34:6,10;36:19;40:9;43:13;
46:19;47:1;50:24

**only (3)**
12:19;14:24;45:15

**onomatopoeia (1)**
52:10

**open (1)**
30:7

**operate (1)**
35:2

**operational (1)**
25:24

**opinion (2)**
49:17;51:14

**opportunity (1)**
41:23

**order (1)**
50:6

**Ordinarily (3)**
5:23;11:1;35:9

**organization (1)**
23:17

**others (2)**
6:8,10

**out (25)**
7:24;8:8,15;9:15,16,18,

25;17:13;23:8;27:25;32:17;
34:16,25;35:24;45:2;48:16;
51:18,19,22,25,25;52:4,7,
12,19

**outside (1)**
23:18

**outstretched (1)**
44:5

**over (8)**
11:7;14:14;19:19,21,22,
23;26:11;47:13

**overwhelmed (1)**
36:3

**own (4)**
23:16;31:2,5;48:12

**owned (1)**
32:3

## P

**paid (1)**
42:14

**paperwork (2)**
40:10,14

**paramedic (1)**
47:7

**parking (2)**
8:9;16:13

**part (7)**
9:6;10:2,5;22:24;32:15;
35:25;44:1

**participate (1)**
15:21

**participated (1)**
16:10

**participating (1)**
6:16

**particular (1)**
51:16

**partner (1)**
24:11

**passenger (7)**
31:24;43:19;44:19;45:14;
46:1,9,10

**past (1)**
52:23

**patrol (1)**
27:16

**pause (3)**
40:7,19;42:23

**paused (1)**
40:8
**pay (1)**
38:2
**paying (3)**
7:8,9,11
**people (1)**
26:11
**per (2)**
36:15;42:11
**period (11)**
16:21;24:25;25:8,9,14,
23;26:1,4,20;28:5;37:21
**person (10)**
12:8;13:5,21,25;14:7;
35:11;40:14;49:9;50:24;
51:3
**personal (1)**
5:17
**personality (1)**
34:13
**personnel (2)**
27:20,22
**persons (2)**
25:7;26:13
**Phillips (16)**
6:21;22:5,15,19;28:10;
37:12,13;43:8,16,18;46:12;
49:16;51:17,24;52:12,18
**Phillips' (3)**
44:1;46:17;49:19
**phone (17)**
5:17;12:6,15,19,22,24,25;
13:3,13,16,25;14:25;24:8;
25:23;26:1;38:16,24
**photo (12)**
29:13,16,24;30:5,7,15,17;
31:23,25;32:6,10,19
**photographs (1)**
32:16
**photos (1)**
29:7
**phrase (2)**
9:23;14:23
**physical (10)**
11:22;15:5;19:11;23:5;
35:25;36:16;37:4,17;45:1;
52:22
**physically (1)**
35:23

**pistol (5)**
44:13,13,17;48:14,20
**Place (5)**
5:14;8:7;17:6,21;38:21
**play (1)**
40:5
**played (1)**
39:22
**playing (2)**
12:25;40:6
**please (18)**
14:11;19:11;20:21;23:14;
26:25;27:5,16;29:1,4;
30:14;31:22;32:12;33:9;
39:16;40:13,17;41:7;43:10
**point (11)**
7:23;14:22;17:2,3;18:10;
20:17;21:18;36:24;39:17;
45:4;46:15
**police (2)**
24:1;27:22
**portion (3)**
39:7,22,23
**position (1)**
32:18
**positioning (1)**
44:4
**possession (2)**
6:15;13:3
**possible (3)**
32:2;45:17;49:23
**pounds (1)**
15:9
**precinct (3)**
5:10,12,13
**precipitated (1)**
28:9
**preliminaries (1)**
4:14
**presence (3)**
8:8;16:13;21:23
**present (1)**
5:20
**pretty (1)**
42:18
**prevent (2)**
52:12,18
**prevented (3)**
51:18;52:3,6
**previously (1)**

4:24
**Probably (5)**
24:23;36:9;48:25;49:1;
51:7
**problem (1)**
51:21
**proceed (2)**
4:22;5:3
**proceeding (1)**
4:10
**processed (1)**
22:15
**proficiency (1)**
35:1
**properly (1)**
35:2
**provide (2)**
23:19,22
**provided (2)**
30:15;32:16
**pull (9)**
29:1,6;51:18,25,25;52:3,
6,12,19
**pulled (2)**
8:8;23:8
**pulling (2)**
51:19,22
**pulse (2)**
46:17,21
**purpose (1)**
53:2
**purposes (4)**
5:15;6:16;29:8;30:14
**pursuant (1)**
4:7
**pushed (1)**
52:23
**put (5)**
25:21,21;28:1,2;36:8

---

# Q

**quite (2)**
50:17,19

---

# R

**radio (12)**
9:1;19:19,22;20:24;21:1,
9,16;51:18,19,22;52:1,19

**ran (3)**
16:15;45:8,9
**range (1)**
34:25
**reaction (2)**
9:5;35:21
**ready (1)**
5:3
**real (3)**
8:19;34:16;36:11
**realize (2)**
11:6;41:10
**realized (2)**
28:12;48:1
**really (7)**
29:17;35:11,14;37:24;
41:12;45:12;48:2
**recall (29)**
6:21;7:5;10:21,24;11:10,
13,16,19;16:14;18:5;19:12;
22:1,7;24:23;26:19;28:5,
15;31:4,12;33:3;37:17;
42:7;43:15,21;44:12;45:24;
47:4,9;50:7
**recently (1)**
34:15
**Recess (1)**
43:4
**recognize (5)**
29:13,15,24;30:11;31:25
**recollect (1)**
30:5
**recollection (9)**
11:5,6,8,24;22:8;31:20;
32:9,20;41:11
**record (3)**
4:2,3,4
**red (2)**
29:13;42:20
**refer (1)**
39:14
**referred (2)**
17:16;46:8
**referring (4)**
6:25;13:25;20:2;46:9
**reflect (2)**
4:4;14:20
**regard (3)**
11:24;14:20;47:4
**regards (1)**

DEAUNNA PHILLIPS, etc.
YASIN ABDULAHAD

EL MALIK ROBESON-EL - Vol. II
March 25, 2021

37:25

**regularly (2)**
6:2;33:20

**related (1)**
14:13

**remaining (1)**
22:14

**remains (2)**
4:8,9

**remember (13)**
11:19;12:12;18:17;23:13;
30:9;32:3;42:1,9,11,11,15;
45:10,10

**rep (8)**
23:9,25;24:6,10;25:1,4,
10;28:7

**Repeat (3)**
21:4;52:15,17

**rephrase (2)**
51:23;52:15

**represent (2)**
13:16;23:21

**representative (1)**
24:18

**representatives (2)**
23:21;25:2

**represented (1)**
30:17

**respect (1)**
48:19

**respond (2)**
24:13,19

**responded (1)**
28:15

**response (1)**
24:17

**resumption (1)**
4:5

**retired (1)**
31:10

**retread (2)**
41:22;50:1

**return (1)**
21:19

**returned (1)**
21:22

**riding (1)**
30:18

**right (42)**
4:21;5:5,20;8:2;9:22;

10:11,18;11:5,13;12:14;
14:6;15:11,14;16:1,16;
17:21;18:12;21:10;24:21;
30:13,24;31:11,23;32:13,
15,25;33:11;35:19;36:6,13;
37:25;41:7,21;42:22,22;
43:1,14;44:18;45:16;48:9;
49:3,15

**Robeson (2)**
5:3;50:14

**Robeson-El (3)**
4:6,23,25

**rode (1)**
30:1

**room (1)**
5:21

**run (1)**
43:2

**running (1)**
22:14

## S

**safe (1)**
9:18

**same (5)**
4:10;15:11,15;32:16;
41:14

**sat (1)**
20:23

**save (1)**
45:23

**saw (28)**
7:13,15,20;8:13,24,24;
9:3,4,10;16:15;20:11,12,13,
17;22:5,19,20,20;37:4;
40:14;43:8,9,18,19,22;44:4,
8;49:15

**scared (6)**
36:2,3,19,20,25;37:3

**scene (11)**
22:15;25:6,12;26:17;
27:23;28:9,17;29:7;30:2,
25;32:17

**scent (1)**
11:17

**screen (2)**
14:8;40:2

**se (2)**
36:15;42:11

**search (1)**
11:23

**seat (6)**
22:21;30:20;43:9;46:5,6;
49:16

**seated (3)**
21:20;22:21;43:8

**second (3)**
13:8;19:9;37:10

**seconds (3)**
17:13;39:18;40:9

**seeing (4)**
20:16;28:16;43:15;49:23

**seized (1)**
14:25

**seizure (1)**
12:15

**sense (3)**
17:8;21:5;36:4

**separate (1)**
26:13

**separated (9)**
25:13,17,19;26:2,5,21,22;
27:15;28:13

**separately (1)**
35:3

**September (2)**
12:16,16

**sequence (5)**
20:21,22;21:5,12,13

**session (1)**
14:21

**set (2)**
23:18;32:16

**several (1)**
36:24

**share (2)**
5:23;35:13

**shared (1)**
30:1

**Sheriff's (1)**
14:15

**shift (1)**
35:7

**shooting (11)**
22:10;24:12;27:23;28:6,
18;31:16;34:25;37:13;
46:24;47:6;48:24

**shot (7)**
6:20;8:18;18:23;22:15;

28:10;43:18;49:9

**show (2)**
34:21;39:12

**showing (1)**
41:12

**shown (1)**
39:8

**side (7)**
29:25;31:24;43:20;44:19;
45:14;46:1,9

**sight (1)**
27:25

**similar (1)**
31:7

**similarly (1)**
11:13

**simply (2)**
13:5;14:24

**sister (4)**
26:23,24,24;27:11

**sister's (1)**
27:5

**sit (6)**
8:21;11:9;15:4;18:8;19:3,
13

**site (1)**
31:15

**sitting (3)**
11:6;19:10;48:1

**situated (5)**
5:6;8:9;25:16;27:16;
30:20

**situation (3)**
36:8,10;47:10

**slightly (2)**
46:5,6

**slot (1)**
8:9

**small (1)**
48:16

**smell (4)**
10:23;11:2,11;51:8

**smelling (2)**
11:14,16

**smoke (1)**
51:11

**somebody (1)**
35:13

**someone (7)**
13:11;24:15,19;38:8;

41:2;51:2,2

**Sometimes (1)**
31:6

**song (1)**
52:9

**sorry (3)**
5:11;16:5;46:10

**sort (3)**
4:11;10:11;29:8

**sought (1)**
46:16

**sound (1)**
23:2

**SP (1)**
14:12

**space (2)**
5:23;48:25

**speak (4)**
24:5;25:2,4,7

**speaking (2)**
26:19;49:7

**SPEARS (12)**
4:2,21;5:2;28:22;29:1,5;
43:6;50:10;51:13,20;52:13;
53:7

**specific (3)**
15:25;50:23,24

**specifics (1)**
8:11

**spelling (2)**
27:3,7

**spoke (3)**
11:21;12:12;37:24

**sport (1)**
16:9

**sports (2)**
15:20;16:8

**Staci (2)**
4:15;50:11

**stand (1)**
19:23

**standing (2)**
26:11;51:3

**standpoint (2)**
9:17;11:9

**start (6)**
5:5;37:22;40:4,17;47:7,8

**started (5)**
4:13,15;8:19;19:22;22:10

**starters (1)**

43:21

**state (1)**
51:11

**statement (1)**
13:11

**statements (1)**
18:7

**station (1)**
52:10

**stepped (1)**
8:25

**still (8)**
15:11;22:6;25:24;27:10;
32:19;34:16;46:7;49:13

**stood (3)**
23:7,7,7

**stop (3)**
17:10,12;41:8

**stopped (8)**
9:15;16:16,18,19;17:2,
24;18:4,4

**story (1)**
14:19

**strong (2)**
10:19;11:10

**subject (2)**
11:23;51:4

**subpoena (1)**
4:8

**sufficient (1)**
41:11

**supervisor (3)**
25:11,13;47:8

**support (2)**
23:20;26:18

**supposed (1)**
38:6

**sure (6)**
9:2;14:19;20:19;26:8,10,
12

**surprise (6)**
33:23;34:1,8,11,19;35:17

**sworn (1)**
4:24

---

# T

**tactical (2)**
34:12,17

**talk (6)**

20:24;24:14;26:12;38:13,
15,18

**talked (3)**
13:5;38:12,15

**talking (2)**
12:9;13:22

**tears (4)**
35:24;36:5,6,6

**telephone (1)**
27:13

**ten (1)**
40:9

**term (2)**
33:8,9

**terms (1)**
37:11

**testimony (7)**
9:11,23;11:21;16:14;
17:4;18:22;31:12

**tests (1)**
35:1

**texted (1)**
38:9

**thanks (1)**
48:9

**though (1)**
48:2

**thought (1)**
48:8

**thoughts (1)**
37:11

**threat (2)**
51:5,8

**times (3)**
24:4;36:25;50:19

**timespan (1)**
11:7

**today (4)**
11:9;15:4;18:8;37:22

**today's (1)**
6:16

**together (4)**
8:22;19:14;34:23;35:3

**told (30)**
6:19;10:15;11:24;12:1,2;
13:2,11,19,20;17:1;18:7,18,
23;19:3,13;20:15,24;21:6;
22:3;24:11;36:24;37:7,19;
38:8;41:20,25;42:1,3;
46:14;47:6

**took (8)**
14:23;17:6;19:12,21;
27:25;36:18;37:18;47:13

**top (1)**
26:11

**touch (8)**
19:24;20:1,10,24;44:23,
24,25;45:1

**touched (5)**
10:3,4,6,9;44:22

**touching (1)**
44:1

**towards (1)**
23:21

**Tracy (2)**
27:6,7

**T-R-A-C-Y (1)**
27:7

**traffic (1)**
19:22

**training (2)**
15:18;16:9

**transactions (2)**
47:13,15

**transferred (1)**
12:11

**transit (1)**
7:25

**trauma (1)**
50:22

**trip (4)**
37:25;38:2,2,15

**truck (1)**
28:2

**try (5)**
4:19;29:18;39:11;45:23;
52:23

**trying (9)**
18:19;19:19,19;21:5;
26:16;36:15;41:22;45:12;
50:1

**tunnel (4)**
50:18,20,21;51:9

**two (15)**
12:20,20;13:7;22:9;
25:16;26:22;27:17;29:14;
33:21;34:22,25;39:1;43:22;
46:25,25

**type (8)**
15:20;16:9;33:1,13;

Case 1:19-cv-00401-MHC   Document 102-8   Filed 11/19/21   Page 65 of 65

DEAUNNA PHILLIPS, etc.                                    EL MALIK ROBESON-EL -  Vol. II
YASIN ABDULAHAD                                                          March 25, 2021

35:14;40:21;44:11;50:22

**Tyson (3)**
  27:2,2,12

## U

**under (4)**
  4:8,9;46:5,6
**understood (3)**
  9:17;14:1;42:16
**unhurt (1)**
  9:16
**union (10)**
  23:9,14,25;24:6,10,18;
  25:1,4,10;28:7
**unique (1)**
  6:7
**unit (3)**
  12:11;23:18;47:2
**unless (2)**
  48:23,23
**unopened (1)**
  29:25
**up (12)**
  8:19;19:15;28:18;29:1,6;
  30:1;36:24;38:5,24;39:16;
  40:5,17
**upper (1)**
  39:18
**use (3)**
  6:2,5;49:18
**used (9)**
  6:8,10;9:23;14:14,23;
  26:1,5;32:3;33:1
**using (2)**
  5:17,19

## V

**Vegas (1)**
  38:7
**vehicle (26)**
  7:12,24;8:16;17:12,14,20,
  20,24;25:21,22;26:21;28:1,
  1,3;29:15,25;30:7,9,11,18;
  31:24;32:3,6;42:19,20;
  51:24
**vehicles (1)**
  32:4
**vehicle's (1)**

22:13
**video (13)**
  9:15;39:5,10,14,16;40:4,
  6,15;41:12,15,23;42:3,13
**view (1)**
  41:23
**visibly (1)**
  9:3
**vision (4)**
  50:18,20,21;51:9
**visual (1)**
  9:17

## W

**waiting (2)**
  22:21;29:5
**warrant (1)**
  11:23
**warrants (3)**
  6:6,9,10
**way (6)**
  11:10;13:1;20:20;30:13;
  36:19;46:19
**weapon (4)**
  33:16;34:9;49:4,7
**weaponry (1)**
  35:8
**weapons (3)**
  34:5;35:2,18
**week (1)**
  4:13
**weeks (1)**
  39:1
**weight (2)**
  15:8,14
**weight-training (2)**
  15:19,22
**weren't (1)**
  7:9
**what's (6)**
  27:5;40:2;50:25,25;51:5,
  8
**whatsoever (1)**
  9:11
**whenever (2)**
  35:5,6
**whooo (1)**
  52:9
**whose (1)**

42:9
**within (2)**
  17:6;45:1
**without (1)**
  30:7
**witness (3)**
  4:8,9;39:12
**words (4)**
  12:17;23:16;41:19;48:12
**work (2)**
  14:14;23:25
**working (3)**
  14:1;34:23;35:7
**wound (2)**
  49:17;50:3
**wrong (2)**
  13:10;20:21

## Y

**Yasin (11)**
  16:23;25:20;26:6,14;
  31:12;32:9;33:16;40:15,16;
  45:2;46:16
**Yasin's (1)**
  31:20
**year (1)**
  12:16
**yesterday (1)**
  37:24

## 0

**06 (1)**
  39:19

## 1

**1 (1)**
  5:14
**11:07 (1)**
  43:4
**11:14 (1)**
  43:4
**11:30 (1)**
  53:9

## 2

**2000 (1)**

16:1
**2017 (5)**
  15:10,23;16:1,8;51:10
**260 (1)**
  15:9

## 3

**30308 (1)**
  5:14

## 4

**4 (4)**
  29:19,20;30:13;31:19
**4606 (1)**
  39:19
**4608 (2)**
  39:18,23
**4654 (2)**
  40:8,18
**4731 (1)**
  40:20
**4750 (2)**
  39:24;40:5

## 6

**6 (3)**
  29:2,10;30:6
**6-1 (2)**
  15:6,11

## 7

**7 (2)**
  32:12,13

## 8

**8 (1)**
  31:22