**INTERVIEW WITH INVESTIGATOR YASUN ABDULAHAD**
Q=Inv. Don Haff
A=Inv. Yasin Abdulahad
A1=(Sandra Michaels)

Q: Today is February 13, 2017. The time is 1:42 pm. Can you state your name for the record?

A: My name is Yasin Abdulahad.

Q: What is your rank?

A: Investigator.

Q: What is your unique ID number?

A: 4332.

Q: I'm Investigator Haff of the Atlanta Police Department. You're being questioned as in accused in an official investigation by the department. Also present is your attorney. Would you please state your name for the record?

A1: (Sandra Michaels).

Q: Before you begin the interview, you need to be aware that except is authorized or required an employee shall not interfere with nor contact persons involved in an internal investigation nor disclose or discuss with anyone except the designated departmental or authority the existence or facts of an internal investigation. This restriction will not be construed to prohibit an employee from discussing any aspect of the investigation with his or her representative. Administrative statements made by employees and evidence gained by reasons of such statements may not be used against the employee criminal proceedings involving the employee except in cases of perjury. Do you understand what I've just explained to you?

A: I understand.

Q: I have shown to you and explained to you the awareness statement. You

46 signed it and dated it indicating that you understand if you're untruthful in this
47 investigation you will be dismissed. Is that correct?
48
49 A: I understand, yes.
50
51 Q: I've also shown to you and explained to you the written notice of allegations
52 outlining the allegation made against you that is being investigated and your
53 rights and duties as an employee. You've signed it and dated it indicating that
54 you understand what the allegation is and your rights and duties. Is that
55 correct?
56
57 A: Yes, sir.
58
59 Q: Where are you currently assigned?
60
61 A: Uh, I'm temporarily assigned to the Gun Ass- uh, Gun - Gun Assault Team or
62 the Gun Reduction Task Force, falls under the Gang Unit.
63
64 Q: Is that where you were assigned on January 26, 2017?
65
66 A: It is.
67
68 Q: While at work on January 26, 2017 did you have the occasion to go 3393
69 Donald Lee Hollowell Parkway, The Public Safety Annex?
70
71 A: No, sir. The address is 3493 Donald Lee Hollowell Parkway.
72
73 Q: 'Kay. Did you go to 3493 Donald Lee Hollowell Parkway, The Public Safety
74 Annex on January 26, 2017?
75
76 A: Yes, sir I did. I'm sorry.
77
78 Q: What were you doing at that location?
79
80 A: Uh, I was to going flag a warrant.
81
82 Q: What kind of car were you in?
83
84 A: Uh, I was in a, uh, vehicle assigned to the Gang Unit which is a Dodge - a red
85 Dodge Charger.
86
87 Q: Is it a marked City of Atlanta patrol car or is it an undercover car?
88
89 A: It's an undercover car.
90

Case 1:19-cv-00401-MHC   Document 104-13   Filed 11/19/21   Page 3 of 8

```
11                                  INTERVIEW WITH INVESTIGATOR YASIN ABDULAHAD
12                                                         Interviewer: Inv. Don Haff
13                                                                  02-13-17/1:42 pm
14                                                                Case # 17-I-0057-PS
15                                                                             Page 3
```

| | | |
|---|---|---|
| 91Q: | | Were you riding alone that night or did you have a partner? |
| 92 | | |
| 93A: | | I had a partner. |
| 94 | | |
| 95Q: | | And who was that? |
| 96 | | |
| 97A: | | Investigator ( Elmalik Roberson El). |
| 98 | | |
| 99Q: | | Where did you park when you arrived at the Public Safety Annex? |
| 100 | | |
| 101A: | | Uh, I parked in front of, uh, before the gate in front of the building. |
| 102 | | |
| 103Q: | | So this is an area that is open to the public for parking? |
| 104 | | |
| 105A: | | Yes, sir. |
| 106 | | |
| 107Q: | | When you pulled in and parked the vehicle di- did you notice anything |
| 108 | | unusual? |
| 109 | | |
| 110A: | | Uh, not at first. What? While in the vehicle or outside the vehicle? |
| 111 | | |
| 112Q: | | At any point while - when - while in or once you got out? |
| 113 | | |
| 114A: | | When I got out of the vehicle I did. |
| 115 | | |
| 116Q: | | What did - wh- what did you notice that was odd? |
| 117 | | |
| 118A: | | Uh, a - a strong odor of marijuana. And, um, I smelt it in the air. |
| 119 | | |
| 120Q: | | Were you able to determine where it was coming from? |
| 121 | | |
| 122A: | | Yes, sir. |
| 123 | | |
| 124Q: | | And where was that? |
| 125 | | |
| 126A: | | It was coming from the vehicle that was parked two spaces down from us. |
| 127 | | |
| 128Q: | | Can you describe that vehicle to me? |
| 129 | | |
| 130A: | | A black sedan. Not sure of make and model. |
| 131 | | |
| 132Q: | | And what did you do once you determined that the smell was coming from |
| 133 | | that vehicle? |
| 134 | | |
| 135A: | | I advised my partner. |

Case 1:19-cv-00401-MHC   Document 104-13   Filed 11/19/21   Page 4 of 8

16                                    INTERVIEW WITH INVESTIGATOR YASIN ABDULAHAD
17                                                           Interviewer: Inv. Don Haff
18                                                                  02-13-17/1:42 pm
19                                                                 Case # 17-I-0057-PS
20                                                                            Page 4

136
137 Q:         And did what?
138
139 A:         And then after I advised my partner, he walked around the veh - around our
140            vehicle. Um, we approached the vehicle. I - I had told the passenger - because
141            there was a passenger in the vehicle. He was in the front seat passenger, um,
142            position of the vehicle. Told him to roll down the window, um, we had our
143            badges around our necks. Um, my partner he said, "What you doing smoking
144            weed?" And he said, "I don't have any weed." I got up close the window and I
145            said, "I smell marijuana. Oh, I smell weed coming from the window," and, uh,
146            he said, "We smoked it all already." And then, um, he was acting kinda
147            strange so I stepped back. I placed my paperwork on top of my car and then I
148            took a different position from where I was, uh, more like at the 2 or at - by the
149            2 o'clock of the vehicle - position of the vehicle and, um - um, he - uh, the
150            passenger had his arm all way down so I wasn't sure what he had in his hand
151            or what - it seem - it - uh, it appeared to me as if he was trying to hide
152            something. So, uh, I kinda put my hand on my weapon. He, um - my partner
153            was talking to him, um, and then at a point he told him step out of the veh - he
154            advised him to get out of the vehicle. Uh, the passenger he got out of the
155            vehicle and, um, my partner kept him right where he can see him and then,
156            um, while - as - as - as he was getting out of the vehicle I saw him motion like
157            this and then get out of the vehicle.
158
159 Q:         Motion like what? Des...
160
161 A:         He - he motioned - I'm sorry. He motioned, uh, as if he was pushing
162            something, uh, farther awa - uh, away from the door towards the, um, middle
163            of the, uh, the two seats. So when he got out and I saw his hands were clear
164            then I kinda relaxed and I took my hand off my weapon. Um, he stepped out
165            of the vehicle and, um, my partner told him, hey look, and - and I wasn't sure
166            why he said this. I - I - I - I wasn't sure why he said this but, uh, I think this -
167            the, um - the, um, (Deaundrea Phillips) he did something to make my partner
168            say, "Hey look don't try to run because if you do, uh, he's gon' walk you
169            down," and he's motioning towards me. And, uh, basically saying that if you
170            try to run I'm gonna be able to catch him. So, um, at this moment I moved in a
171            way to where he had no way to get out, not even a crack. He tried to push past
172            Investigator (Robeson El). That's when I put my hands on him. (Robeson El)
173            broke contact and got on his radio. Um, he - when I was s- sitting there trying
174            to hold on to him he slipped out and got inside the vehicle. I jumped on top of
175            him and, uh, I looked down. He - he was reaching for something. I grabbed
176            him and looked down and I saw that he was reaching for a gun. I pushed him
177            farther into the vehicle and that's when he was, uh, it would have slide into
178            the driver's seat. I told him don't pull off, don't pull off. He, uh, put into gear,
179            made a right turn. As he made the right turn, I'm saying, "Stop, stop, stop." I
180            pulled my weapon out. He passed up the exit to go up. He, uh, went past that

Case 1:19-cv-00401-MHC   Document 104-13   Filed 11/19/21   Page 5 of 8

| | |
|---|---|
| 21 | INTERVIEW WITH INVESTIGATOR YASIN ABDULAHAD |
| 22 | Interviewer: Inv. Don Haff |
| 23 | 02-13-17/1:42 pm |
| 24 | Case # 17-I-0057-PS |
| 25 | Page 5 |

181 and that's when I, um, I sa- I said, "Stop." I saw the, um, the light pole, the
182 black light pole of my peripheral. I saw that he was heading towards there. So
183 at that point, uh, um, I told him stop one more time and I pulled the trigger.
184
185 Q: Can you tell me, uh, how you were dressed?
186
187 A: Yes. I was wearing a, um, black jacket, a grey t-shirt with, uh - I can't
188 remember what exactly was on it -- some blue jeans. I had my badge and my,
189 um, and my work ID around my neck. Uh, I was wearing a Atlanta Falcons
190 hat and I was wearing some black and red, uh, Polo boots. Um, uh, I missed
191 one part before, um, in my statement. Um, while he was driving I saw him -
192 his right hand was right here and he - he was still trying to reach over the - the
193 console to grab the weapon and I had no way of stopping him from grabbing
194 that weapon 'cause I was sitting there trying to hold on. The only thing I can
195 do is to pull out my gun.
196
197 Q: What were you holding on to?
198
199 A: I wasn't sure if I was holding onto him or the seat. I - I can't remember.
200
201 Q: And you thought that he was gonna strike the pole?
202
203 A: Yes, sir.
204
205 Q: Describe to me how you were positioned in the vehicle as the vehicle pulled
206 out?
207
208 A: Uh, I had, uh, I had one knee on the seat, uh, my left knee and I ha - I had my
209 right leg out as a - that's from what I remember. And, um, I was trying to get
210 him back out at first and then when I saw the gun I pushed him back - I
211 pushed him all the way in.
212
213 Q: And that's when he pulled out?
214
215 A: Yes.
216
217 Q: And when he pulled out of the parking space, uh, was the door still open on
218 the passenger side?
219
220 A: Yes, sir.
221
222 Q: At any time were you in the vehicle with the door closed?
223
224 A: No, sir.
225

226Q:   At any time were you sitting upright in the passenger seat?

228A:   You talking about like sitting - like I am right - like, uh, sitting in the seat?

230Q:   Yes.

232A:   No, sir.

234Q:   So you were stretched out across the vehicle then?

236A:   Yes, sir.

238Q:   Trying to hold on?

240A:   Yes, sir.

242Q:   You recall if, uh, you or Investigator (Robeson El) identified yourself as
243     Atlanta Police Officers?

245A:   Yes, sir.

247Q:   Did you know (Deaundre Phillips) prior to this incident?

249A:   No, sir.

251Q:   Did anyone take possession of your clothing?

253A:   Yes.

255Q:   Who?

257A:   GBI.

259Q:   And were you photographed in the clothing before they took possession of it?

261A:   I was.

263Q:   Did you speak with anyone else about the incident that night?

265A:   Uh, no, sir. I - I - I talk - I talked to EAP. I spoke with EAP about the incident.

267Q:   Were you injured as a result of this incident?

269A:   N- no, sir. I made - made my plantar fasciitis but that was it.

270

271 Q:  Did, uh, EMTs take a look at you when they arrived?

273 A:  No, sir.

275 Q:  Did you complete any type of a supplemental report, uh, regarding this
276     incident? Fire arms discharge or anything?

278 A:  Yeah, I did.

280 Q:  Have you provided a statement to the GBI?

282 A:  Not yet.

284 Q:  You said that, um, as the vehicle pulled from the parking space, you were
285     struggling to hold on?

287 A:  Yes, sir.

289 Q:  And that the suspect was continuously trying to reach for the gun?

291 A:  Yes, sir.

293 Q:  And where was the gun at this point in time when he was trying to reach
294     forward?

296 A:  The gun - if I'm in the passenger seat it was - uh, if I'm sitting in the
297     passenger seat it was on the - on the left side of the, uh - on - on the floor
298     board on the left side of the, um, uh, floor board like, uh...

300 Q:  Was...

302 A:  ...closer towards the, uh, closer towards the driver - driver side.

304 Q:  Was it in the driver's floor board or the passenger's floor board?

306 A:  No, the passenger's floor board.

308 Q:  But it was closer to the left side?

310 A:  Yes. It was closer towards where the driver can - can reach forward. It's a
311     sedan so is - I mean you can grab something from the floor over there.

313 Q:  Describe the manner in which Mr. (Phillips) was operating the vehicle, uh,
314     when you fired the shot.

315

316A: He was looking straight ahead and still reaching try - like holding on and I - it
317 looks like he was back and forth between looking and looking down.
318
319Q: And - and in addition - in - besides the light pole there dead ahead, what else
320 was ahead of him?
321
322A: The, um, the hill going up towards the street.
323
324Q: Was it a road?
325
326A: The - the hill? No, sir it wasn't a road. It was grass.
327
328Q: So he passed the exit?
329
330A: Yes, sir.
331
332Q: Is there anything else that you can think of you like to add to your statement
333 that you believe might be helpful in this investigation?
334
335A: Not that I can recall. No sir, not right now.
336
337Q: Have you been honest making your statement today?
338
339A: Yes, sir.
340
341Q: Be advised that should it become necessary in this investigation you may be
342 directed to submit to Computer Voice Stress Analysis Exam per
343 APD.SOP.3120. Do you acknowledge this official notification?
344
345A: I do.
346
347Q: That concludes this interview. The time is 1:55 pm.
348
349
350 The transcript has been reviewed with the audio recording submitted and it is an accurate
351 transcription.
352 Signed_____