

# CITY OF ATLANTA
## DEPARTMENT OF LAW

**ANDRE DICKENS**         Suite 5000 ● City Hall        **NINA R. HICKSON**
Mayor        55 Trinity Avenue, S.W., Atlanta, Georgia 30303-3520        City Attorney
**(404) 546-4100 MAIN**

TO:        DISTRICT JUDGE'S COURTROOM DEPUTY

FROM:        STACI J. MILLER

DATE:        March 21, 2022

RE:        REQUEST FOR LEAVE OF ABSENCE
                 VARIOUS CASES

**COMES NOW,** Staci J. Miller and respectfully requests of all judges before whom she has cases pending, all affected Clerks of Court and all opposing counsel as detailed in Exhibit A attached hereto, Pursuant to Local Rule 83, that she be allowed to take leave as follows:

1. The period of leave during which time Applicant requests to be away from the practice of law is as follows:

   **April 25 - 29, 2022**
   **May 23 – 27, 2022**
   **September 5 – 9, 2022**

The purpose for said vacation and CLE courses.

1

2.	All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted this 21st day of March 2022.

>	*/s/ Staci J. Miller*
>	**STACI J. MILLER**
>	**Attorney**
>	Georgia Bar No. 601594
>	(404) 546-4083 *Direct*
>	sjmiller@atlantaga.gov
>
>	*Attorney for City of Atlanta*

**CITY OF ATLANTA DEPARTMENT OF LAW**
55 Trinity Avenue, SW, Suite 5000
Atlanta, Georgia 30303-3520
Telephone: (404) 546-4100
Fax: (404) 588-3239

# EXHIBIT "A"
# FULTON SUPERIOR COURT

| | | |
|---|---|---|
| **Bates, Brenda** (*as Representative of the Estate of Jimmy Atchinson*) **and James, Lakeisha v. COA, et al.** Civil Action No. 1:20-cv-04074-AT | **Honorable Amy Totenberg Senior United States District Judge** 2388 Richard B. Russell Federal Building and US Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303-3309 Courtroom: 2308 Chambers: 2388 | **Tanya F. Miller** **DuBose Miller LLC** 75 14th NE, Suite 2110 Atlanta, GA 30309 |
| **Blasingame, Jerry v. Officer J. Grubbs & COA/Atlanta Police Dept.** Civil Action No. 1:19-cv-02047-SCJ | **Honorable Steve C. Jones United States District Judge** 2167 Richard B. Russell Federal Building and U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303-3309 Courtroom: 1907 Chambers: 1967 | **Conrad J. Benedetto** **Benedetto Law** 1615 S. Broad Street Philadelphia, PA 19148 **Darren Michael Tobin** **Tobin Injury Law** 49B Lenox Pointe Atlanta, GA 30324 Email: darren@tobininjurylaw.com **Solomon M. Radner** sradner@venjohnsonlaw.com **Vernon R. Johnson** **Johnson Law, PLC** 535 Griswold St Suite 2632 Detroit, MI 48226 |
| **Brown, Zabora and Antraveious Payne v. COA** Civil Action File No. 1:17-cv-04850-MLB | **Honorable Michael L. Brown United States District Judge** 1942 Richard B. Russell Federal Building and U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, Georgia 30303-3309 Courtroom: 1906 Chambers: 1942 | **Shean D. Williams, Esq.** swilliams@cochranfirmatl.com **Samuel L. Starks, Esq.** sstarks@cochranfirmatl.com **THE COCHRAN FIRM – ATLANTA** 100 Peachtree Street, NW Suite 2600 Atlanta, Georgia 30303 |
| **Goldring, Julius v. Henry, Vladimir and Restrepo, Juan** | **Honorable William M. Ray, II United States District Judge** | **Zack Greenamyre** zack@mitchellshapiro.com **MITCHELL & SHAPIRO LLP** |

| | | |
|---|---|---|
| Civil Action No. 1:18-cv-01191-WMR | 2167 Richard B. Russell Federal Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Courtroom: 1705<br>Chambers: 1721 | 3490 Piedmont Road, Suite 650<br>Atlanta, Georgia 30305<br><br>**Jeffrey Filipovits**<br>jeff@civil-rights.law<br>**Spears & Filipovits, LLC**<br>1126 Ponce de Leon Ave.<br>Atlanta, Georgia 30306<br><br>**Miguel Domingues**<br>mdominguez@forthepeople.com<br>**MORGAN & MORGAN**<br>191 Peachtree Street NE<br>Suite 4200<br>Atlanta, Georgia 30303 |
| **Malone, Audrey v. COA**<br>Civil Action No. 1:19-cv-5248-TCB | **Honorable Timothy C. Batten, Sr.**<br>**Chief United States District Judge**<br>2142 Richard B. Russell Federal Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Courtroom: 2106<br>Chambers: 2142 | **Audrey Malone (*PRO SE*)**<br>Missmalone28@yahoo.com<br>914 Westmoreland Circle NW<br>Atlanta, GA 30318<br>(404) 825-1222 |
| **McKinnon, Latravia v. COA**<br>Civil Action No. 1:18-cv-05480-TCB-RGV | **Honorable Timothy C. Batten, Sr.**<br>**Chief United States District Judge**<br>2142 Richard B. Russell Federal Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Courtroom: 2106<br>Chambers: 2142 | **Joshua A. Millican**<br>jmillican@lawofficejam.com<br>**Law Office of Joshua A. Millican, P.C.**<br>The Grant Building, Suite 607<br>44 Broad Street, N.W.<br>Atlanta, GA 30303<br><br>**Lisa T. Millican**<br>Lisa.millican@lawofficepc.com<br>**Greenfield Millican P.C.**<br>885 Glen Arden Way<br>Atlanta, GA 30306 |
| **Rogers, Melva *(natural parents of Deravis Caine Rogers, deceased)* v. COA et al.**<br>Civil Case No. 1:16-cv-02578-MLB | **Honorable Michael L. Brown**<br>**United States District Judge**<br>1942 Richard B. Russell Federal Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Courtroom: 1906 | **Omari J. Crawford**<br>ojcrawford@dekalbcountyga.gov<br>Dekalb County Law Department<br>5th Floor<br>1300 Commerce Dr.<br>Decatur, GA 30030 |

| | Chambers: 1942 | **Samuel L. Starks**<br>sstarks@cochranlawfirmatl.com<br>**Shean DeCarlos Williams**<br>swilliams@cochranlawfirmatl.com<br>**The Cochran Law Firm – Atlanta**<br>Suite 2600 / The Equitable Building<br>100 Peachtree Street N.W.<br>Atlanta, GA 30303<br><br>**Mecca Shali Anderson**<br>mecca@wernerlaw.com<br>**The Werner Law Firm**<br>2860 Piedmont Road NE<br>Atlanta, GA 30305 |
|---|---|---|
| **Stidwell, Sparkle** *(by and through her Mother as next friend)* **Phillips, Deaunna v. Abdulahad, Yasin and Fulton County DA**<br>Civil Action No.<br>1-19-cv-00401-MHC | **Honorable Mark H. Cohen**<br>**United States District Judge**<br>1921 Richard B. Russell Federal Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Courtroom: 1905<br>Chambers: 1921 | **Dianne J. Lee**<br>dlee@smstrial.com<br>**Larry Christopher Stewart**<br>cstewart@stewarttrial.com<br>**Stewart Trial Attorneys, LLC**<br>55 Ivan Allen Jr. Blvd., Suite 700<br>Atlanta, GA 30308<br><br>**George Brian Spears**<br>bspears@brianspearslaw.com<br>**Jeffrey Filipovits**<br>jrfilipovits@gmail.com<br>**Spears & Filipovits, LLC**<br>1126 Ponce de Leon Ave NE<br>Atlanta, GA 30306 |
| **Sylvester, Keith A. v. COA et al.**<br>Civil Action No.<br>1:19-cv-04300-LMM-JKL | **Honorable Leigh Martin May**<br>**United States District Judge**<br>2167 Richard B. Russell Federal Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Courtroom: 2107<br>Chambers: 2167 | **Samantha Jill Funt**<br>sam@mitchellshapiro.com<br>**Zack Greenamyre**<br>zack@mitchellshapiro.com<br>**Mitchell & Shapiro LLP**<br>3490 Piedmont Road<br>Suite 650<br>Atlanta, GA 30305 |