# SPEARS & FILIPOVITS, LLC

315 W. PONCE DE LEON AVE. | SUITE 865 | DECATUR, GA 30030 | 404.905.2225

| BRIAN SPEARS | JEFF FILIPOVITS | WINGO SMITH |
|---|---|---|
| BSPEARS@CIVIL-RIGHTS.LAW | JEFF@CIVIL-RIGHTS.LAW | WINGO@CIVIL-RIGHTS.LAW |

January 23, 2023

Deputy Clerk to the
Hon. Mark H. Cohen
Judge, United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

     Re:    Phillips, et al. v. Abdulahad
                Civil Action File No. 1:19-cv-00401-MHC

Dear Sir/Madam:

This is written to request that no proceedings be scheduled in the above-captioned matter for the following periods: March 14-20, 2023. I will be absent for family vacation.

Please contact me in the event that you have any questions. Thank you in advance for your kind attention to this matter.

Sincerely,

/s/
Brian Spears

BS:tsk